1  Bingham McCutchen LLP
   ROBERT A. LEWIS (SBN 83630)
2  GEOFFREY T. HOLTZ (SBN 191370)
   Three Embarcadero Center
3  San Francisco, CA 94111-4067
   Telephone: 415.393.2000
4  Facsimile: 415.393.2286

5  Attorneys for Defendant
   K&K INSURANCE GROUP, INC., d/b/a SPECIALTY
6  BENEFITS ADMINISTRATOR, INC.

7  KAREN L. UNO  State Bar #117410
   DAVID P. BOROVSKY  State Bar #216588
8  LONG & LEVIT LLP
   465 California Street, Suite 500
9  San Francisco, CA 94104
   TEL: (415) 397-2222   FAX: (415) 397-6392
10
   Attorneys for Defendants
11 NATIONWIDE MUTUAL INSURANCE COMPANY
   and NATIONWIDE LIFE INSURANCE COMPANY
12

13                   UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO DIVISION

16
                                    |  CV No. 07-5588
17 SEAN MICHAEL CARTER,             |  Case No. C-07-01357
                                    |
18          Plaintiff,               |  NOTICE OF REMOVAL OF CIVIL
      v.                             |  ACTION UNDER 28 U.S.C. §1441(B)
19                                   |  (DIVERSITY)
   K&K INSURANCE GROUP, INC., d/b/a  |
20 SPECIALTY BENEFITS ADMINISTRATOR, |  DEMAND FOR JURY TRIAL
   INC.; NATIONWIDE LIFE INSURANCE   |
21 COMPANY; NATIONWIDE MUTUAL        |
   INSURANCE COMPANY; AON            |
22 CORPORATION and DOES 1 to 100,    |  Filing Date: June 26, 2007
                                     |  Trial Date:  None set
23          Defendant.               |

24

25       TO THE CLERK OF THE ABOVE-ENTITLED COURT:

26       PLEASE TAKE NOTICE that defendants K&K INSURANCE GROUP, INC.,

27 d/b/a SPECIALTY BENEFITS ADMINISTRATOR, INC., NATIONWIDE LIFE INSURANCE

28 COMPANY, NATIONWIDE MUTUAL INSURANCE COMPANY, and AON
   A/72296863.1/3003872-0000317272

1 CORPORATION hereby jointly remove to this Court the state court action described below.

    1.    On June 25, 2007 an action was commenced in the Superior Court of California in and for the County of Contra Costa, entitled Sean Michael Carter v. K&K Insurance Group, Inc. d/b/a Specialty Benefits Administrator, Inc.; Nationwide Life Insurance Company; Nationwide Mutual Insurance Company; Aon Corporation and Does 1 to 100, as Case Number C0701357. A true and correct copy of the Complaint is attached hereto as **Exhibit A**.

    2.    The first date upon which defendant K&K Insurance Group, Inc. (K&K) received a copy of the said complaint was when defendant K&K was served with a copy of the said complaint and a summons from the said state court on October 3, 2007. A true copy of the summons and all papers received by K&K at the time of service of process (except the Complaint which is attached as Exhibit A) are attached hereto as **Exhibit B**.

    3.    The first date upon which defendant Nationwide Life Insurance Company (Nationwide Life) received a copy of the said complaint was when defendant Nationwide Life was served with a copy of the said complaint and a summons from the said state court on October 9, 2007. A true copy of the summons and all papers received by Nationwide Life at the time of service of process (except the Complaint which is attached as Exhibit A) are attached hereto as **Exhibit C**.

    4.    The first date upon which defendant Nationwide Mutual Insurance Company (Nationwide Mutual) received a copy of the said complaint was when defendant Nationwide Mutual was served with a copy of the said complaint and a summons from the said state court on October 9, 2007. A true copy of the summons and all papers received by Nationwide Mutual at the time of service of process (except the Complaint which is attached as Exhibit A) are attached hereto as **Exhibit D**. In addition, on November 1, 2007, Nationwide Mutual filed an answer to the complaint in the state court. A true copy of that answer is attached hereto as **Exhibit E**.

    5.    Defendant Aon Corporation has not been properly served in this action.

    6.    *Jurisdiction* - This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by

1  defendants pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between
2  citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive
3  of interest and costs. The complaint seeks, among other relief, the following relief from the
4  Court:

5        a.    Special damages
6        b.    General damages
7        c.    Punitive and exemplary damages
8        d.    Attorneys' fees, costs and expense of litigation as allowed by law
9        e.    Prejudgment interest
10       f.    Such further and additional relief as the Court deems just and proper.
11

12  It is facially apparent from the Complaint that the claim exceeds $75,000. Plaintiff has a lengthy
13  list of compensatory and punitive damages (severe mental and emotional distress including grief,
14  shame, humiliation, anger) (Compl. ¶ 67) combined with a claim for attorneys' fees. Compl.
15  14:12. Plaintiff is a quadriplegic who seeks recovery under the insurance policies, one of which
16  has a limit of $1 million, and the other a limit of $150,000.

17        7.    Defendants are informed and believe that plaintiff was, and still is, a
18  citizen of the State of California, as he alleges in the complaint. Defendant K&K Insurance
19  Group, Inc. d/b/a Specialty Benefits Administrator, Inc. was, at the time of the filing of this
20  action, and still is, an Indiana corporation, whose principal place of business is in Fort Wayne,
21  Indiana. Defendants Nationwide Life Insurance Company and Nationwide Mutual Insurance
22  Company were, at the time of the filing of this action, and still are, Ohio Corporations whose
23  principal place of business is in the state of Ohio. Aon Corp., who has been named as a
24  defendant but has not been properly served, was, at the time of the filing of this action, and still
25  is, a Delaware corporation whose principal place of business is Chicago, Illinois.

26        8.    *Intra-district Assignment* – Removal to the San Francisco Division of the
27  Court is appropriate because the state court action is pending in Contra Costa County, California,
28

A/72296863.1/3003872-0000317272       3

NOTICE OF REMOVAL OF CIVIL ACTION

1  which lies within this district and division. Defendants are informed and believe that this action

2  "arose" within the meaning of Local Rule 3.2(c) in the County of Contra Costa, making the San

3  Francisco Division a proper division for assignment of this case.

DATED: November 2, 2007

          LONG & LEVIT LLP

          By: *David P. Borovsky* BY GTH
              DAVID P. BOROVSKY
              Attorneys for Defendants
          NATIONWIDE LIFE INSURANCE
          COMPANY and NATIONWIDE MUTUAL
              INSURANCE COMPANY

DATED: November 2, 2007

          Bingham McCutchen LLP

          By: *Geoffrey T. Holtz*
              GEOFFREY T. HOLTZ
              Attorneys for Defendants
         K&K INSURANCE GROUP, INC., d/b/a
         SPECIALTY BENEFITS ADMINISTRATOR,
           INC. and AON CORPORATION

| | |
|---|---|
| 1 | **DEMAND FOR JURY TRIAL** |

2
3  Defendants, and each of them, hereby demand a jury trial.

4  DATED: November 2, 2007

5                            LONG & LEVIT LLP

6                            By: *David P. Borovsky* by GTH

7                            DAVID P. BOROVSKY
                          Attorneys for Defendants
                          NATIONWIDE LIFE INSURANCE
8                            COMPANY and NATIONWIDE MUTUAL
                          INSURANCE COMPANY

9  DATED: November 2, 2007

10
11                            Bingham McCutchen LLP

12                            By: /s/ Geoffrey T. Holtz

13                            Geoffrey T. Holtz
                          Attorneys for Defendants
                          K&K INSURANCE GROUP, INC., d/b/a
14                            SPECIALTY BENEFITS ADMINISTRATOR,
                          INC. and AON CORPORATION

15
16
17
18
19
20
21
22
23
24
25
26
27
28