# EXHIBIT B

ACTIVE/72285152.1

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Lee S Harris, 076699<br>GOLDSTEIN, GELLMAN, MELBOSTAD ET<br>1388 Sutter Street Suite 1000<br>San Francisco, CA 941095494<br>TELEPHONE NO.: (415) 673-5600<br>ATTORNEY FOR (Name): Plaintiff | FILED<br>2007 OCT 16 P 1:02 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
Superior Court of Contra Costa County
725 Court Street P.O. Box 911
Martinez, CA 94553-1233

PLAINTIFF/PETITIONER: Sean Michael Carter

DEFENDANT/RESPONDENT: K&K Insurance Group, Inc., Nationwide Mutual Insur

CASE NUMBER: MSC07-01357

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: none

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons, Complaint, Substitution of Attorney, Notice of Case Management Conference

**BY FAX**

3. a. Party served: K&K Insurance Group, Inc.

   b. Person Served: CSC Corp - Becky DeGeorge - Person authorized to accept service of process

4. Address where the party was served: 2730 GATEWAY OAKS DR STE 100
   SACRAMENTO, CA 95833

5. I served the party
   a. by personal service. I personally delivered the documents listed in Item 2 to the party or person authorized to receive service of process for the party (1) or (date): October 3, 2007   (2) at (time): 1:47 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   K&K Insurance Group, Inc.

   under: CCP 416.10 (corporation)

7. Person who served papers
   a. Name: Tyler Dimaria
   b. Address: One Legal, Inc. - 132-Marin
   504 Redwood Blvd #223
   Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or Independent contractor.
         (ii) Registration No.: 2006-06
         (iii) County SACRAMENTO

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: October 3, 2007

Tyler Dimaria
(NAME OF PERSON WHO SERVED PAPERS)   (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6649395