# EXHIBIT C

ACTIVE/72285152.1

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): Lee S Harris, 076699 GOLDSTEIN, GELLMAN, MELBOSTAD ET 1388 Sutter Street Suite 1000 San Francisco, CA 941095494 TELEPHONE NO.: (415) 673-5600 ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY  FILED 2007 OCT 16 P 1:01 |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Superior Court of Contra Costa County 725 Court Street P.O. Box 911 Martinez, CA 94553-1233 | |
| PLAINTIFF/PETITIONER: Carter DEFENDANT/RESPONDENT: K&K Insurance Group, Inc., Nationwide Mutual Insur | CASE NUMBER: MSC07-01357 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons, Complaint, Substitution of Attorney, Notice of Case Management Conference

**BY FAX**

3. a. Party served: Nationwide Life Insurance Company

   b. Person Served: Margaret Wilson, CT Corp - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): October 9, 2007   (2) at (time): 3:00 pm.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Nationwide Life Insurance Company

   under:   CCP 416.10 (corporation)

7. Person who served papers
   a. Name:   Jimmy Lizama
   b. Address:   One Legal, Inc. - 132-Marin
                504 Redwood Blvd #223
                Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (I)  Employee or independent contractor.
         (II) Registration No.: 4553
         (III) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: October 12, 2007

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
(Rev. Jan 1, 2007)

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

FF# 6649398