# EXHIBIT D

ACTIVE/72285152.1

11/9/09

POS-010

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Lee S Harris, 076699<br>GOLDSTEIN, GELLMAN, MELBOSTAD ET<br>1388 Sutter Street Suite 1000<br>San Francisco, CA 941095494<br>TELEPHONE NO.: (415) 673-5600<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY<br>FILED<br>2007 OCT 16 P 1:02<br>K. TORRE, CLERK<br>[signature] Original<br>BY _____ Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>Superior Court of Contra Costa County<br>725 Court Street P.O. Box 911<br>Martinez, CA 94553-1233 | |
| PLAINTIFF/PETITIONER: Carter | CASE NUMBER:<br>C07-01357 |
| DEFENDANT/RESPONDENT: K&K Insurance Group, Inc., . et al | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons, Complaint, Substitution of Attorney, Notice of Case Management Conference

3. a. Party served: Nationwide Mutual Insurance Company

   b. Person Served: Margaret Wilson, CT Corp - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): October 9, 2007   (2) at (time): 11:00 am

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Nationwide Mutual Insurance Company

   under:   CCP 416.10 (corporation)

7. Person who served papers
   a. Name:     Jimmy Lizama
   b. Address:  One Legal, Inc. - 132-Marin
                504 Redwood Blvd #223
                Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 30.00
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No.: 4553
          (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.
Date: October 10, 2007

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                          (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
(Rev. Jan 1, 2007)                          PROOF OF SERVICE OF SUMMONS          Code of Civil Procedure, § 417.10

BY FAX

FF# 8849397