# EXHIBIT E

1 KAREN L. UNO  State Bar #117410
DAVID P. BOROVSKY  State Bar #216588
2 LONG & LEVIT LLP
465 California Street, Suite 500
3 San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392
4

Attorneys for Defendant
5 NATIONWIDE MUTUAL INSURANCE COMPANY

FILED

2007 NOV -1  P 2: 38

BY: C. Green, Deputy Clerk

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF CONTRA COSTA

| | |
|---|---|
| SEAN MICHAEL CARTER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>K&K INSURANCE GROUP, INC., d/b/a/SPECIALTY BENEFITS ADMINISTRATOR, INC.; NATIONWIDE LIFE INSURANCE COMPANY; NATIONWIDE MUTUAL INSURANCE COMPANY; AON CORPORATION, and DOES 1-100,<br><br>　　　　Defendants. | CASE No. C 07-01357<br><br>**ANSWER TO PLAINTIFF'S COMPLAINT BY DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY**<br><br>BY FAX |

Defendant NATIONWIDE MUTUAL INSURANCE COMPANY ("defendant") answers the complaint of Plaintiff SEAN MICHAEL CARTER ("plaintiff") as follows:

**GENERAL DENIAL**

Pursuant to the provisions of California Code of Civil Procedure section 431.30(d), defendant denies each and every allegation of the complaint, generally and specifically, and in particular, denies that Plaintiff was damaged in any sum, or at all.

**AFFIRMATIVE DEFENSES**

As separate affirmative defenses to the Complaint, defendant alleges:

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

ANSWER TO PLAINTIFF'S COMPLAINT BY DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by the terms, provisions and conditions of the insurance policy issued by defendant under which plaintiff seeks relief.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because defendant has paid all contractual benefits owed to plaintiff under the insurance policy issued by defendant under which plaintiff seeks relief.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims for punitive damages against defendant are unconstitutional.

## PRAYER

WHEREFORE, Defendant requests that the court enter judgment in this action as follows:

1. That plaintiff takes nothing by his complaint;

2. For a judicial determination that defendant had no obligation under the express or implied terms of the relevant insurance policy to provide any additional insurance benefits to plaintiff beyond those paid to date;

3. That judgment be rendered in favor of defendant;

4. That defendant be awarded costs of suit incurred herein, including reasonable attorneys' fees; and

5. For such other and further relief as the Court deems just and proper.

Dated: November 1, 2007

LONG & LEVIT LLP

By _____
KAREN L. UNO
DAVID P. BOROVSKY
Attorneys for Defendant
NATIONWIDE MUTUAL
INSURANCE COMPANY

DOCS\S5240-337\540969.V2

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

ANSWER TO PLAINTIFF'S COMPLAINT BY DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Long & Levit LLP, 465 California Street, Suite 500, San Francisco, CA 94104.

On November 1, 2007, I served the documents named below on the following attorney(s) of record and/or interested parties in the case of *Sean Michael Carter v. K&K Insurance Group, Inc. et al,* Contra Costa County Superior Court, Case No. C 07-01357:

**ANSWER TO PLAINTIFF'S COMPLAINT BY DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY**

SERVED UPON: ATTORNEY(S) NAMES – OR – "SEE ATTACHED SERVICE LIST"

| *Attorneys for Plaintiff Sean Michael Carter* | *Attorneys for Defendant K&K Insurance Group, Inc., dba Specialty Benefits Administrator, Inc.* |
|---|---|
| Steger P. Johnson<br>J. Kevin Morrison<br>Bryan D. Lamb<br>JONES, CLIFFORD, JOHNSON & JOHNSON<br>100 Van Ness Avenue, 19th Floor<br>San Francisco, CA 94102<br>Tel: 415-431-5310   Fax: 415-431-2266 | Robert A. Lewis<br>Geoffrey T. Holtz<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br><br>Tel: 415-393-2000   Fax: 415-393-2286 |

☒ (BY MAIL) I am readily familiar with Long & Levit LLP's practice for collection and processing of documents for mailing with the United States Postal Service. I caused such document(s) to be placed in a sealed envelope, addressed to the person(s) on whom it is to be delivered pursuant to the attached service list, with postage thereon fully prepaid, to be deposited with the United States mail at San Francisco, California, that same day in the ordinary course of business. [CCP § 1013]

☒ (BY FACSIMILE) I caused the document(s) described herein to be transmitted from facsimile number (415) 397-6392 to the facsimile number(s) for each party indicated above

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 1, 2007, at San Francisco, California.

*/s/ Patricia Haymond*
PATRICIA HAYMOND

DOCS\S5240-337\541042.V1

LONG & LEVIT LLP
601 MONTGOMERY STREET
SUITE 900
SAN FRANCISCO
CALIFORNIA 94111
(415) 397-2222

PROOF OF SERVICE

# AMENDED PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Long & Levit LLP, 465 California Street, Suite 500, San Francisco, CA 94104.

On November 1, 2007, I served the documents named below on the following attorney(s) of record and/or interested parties in the case of *Sean Michael Carter v. K&K Insurance Group, Inc. et al*, Contra Costa County Superior Court, Case No. C 07-01357:

**ANSWER TO PLAINTIFF'S COMPLAINT BY DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY**

SERVED UPON: ATTORNEY(S) NAMES – OR – "SEE ATTACHED SERVICE LIST"

| *Attorneys for Plaintiff Sean Michael Carter* | *Attorneys for Defendant K&K Insurance Group, Inc., dba Specialty Benefits Administrator, Inc.* |
|---|---|
| Lee S. Harris<br>GOLDSTEIN, GELLMAN, et al<br>1388 Sutter Street, #1000<br>San Francisco, CA 94109<br><br>Tel: 415-673-5600   Fax: 415-673-5606 | Robert A. Lewis<br>Geoffrey T. Holtz<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Tel: 415-393-2000   Fax: 415-393-2286 |

☐ (BY MAIL) I am readily familiar with Long & Levit LLP's practice for collection and processing of documents for mailing with the United States Postal Service. I caused such document(s) to be placed in a sealed envelope, addressed to the person(s) on whom it is to be delivered pursuant to the attached service list, with postage thereon fully prepaid, to be deposited with the United States mail at San Francisco, California, that same day in the ordinary course of business. [CCP § 1013]

☒ (BY FACSIMILE) I caused the document(s) described herein to be transmitted from facsimile number (415) 397-6392 to the facsimile number(s) for each party indicated above

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 1, 2007, at San Francisco, California.

*Patricia Haymond*
PATRICIA HAYMOND

DOCS\S5240-337\541074.V1

LONG & LEVIT LLP
601 MONTGOMERY STREET
SUITE 900
SAN FRANCISCO
CALIFORNIA 94111
415-397-2222

PROOF OF SERVICE