1  Bingham McCutchen LLP
   ROBERT A. LEWIS (SBN 83630)
2  GEOFFREY T. HOLTZ (SBN 191370)
   Three Embarcadero Center
3  San Francisco, CA 94111-4067
   Telephone: 415.393.2000
4  Facsimile: 415.393.2286

5  Attorneys for Defendant
   K&K INSURANCE GROUP, INC., d/b/a SPECIALTY
6  BENEFITS ADMINISTRATOR, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 SEAN MICHAEL CARTER,                   Case No. C-07-01357

13         Plaintiff,                     NOTICE TO ADVERSE PARTY OF
       v.                                 REMOVAL TO FEDERAL COURT
14
   K&K INSURANCE GROUP, INC., d/b/a       Filing Date: June 26, 2007
15 SPECIALTY BENEFITS ADMINISTRATOR,      Trial Date:  None set
   INC.; NATIONWIDE LIFE INSURANCE
16 COMPANY; NATIONWIDE MUTUAL
   INSURANCE COMPANY; AON
17 CORPORATION and DOES 1 to 100,

18         Defendant.

19

20

21

22

23

24

25

26

27

28
   A/72296756.1/3003872-0000317272                                Case No. C-07-01357

   NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

1   TO PLAINTIFF SEAN MICHAEL CARTER AND HIS ATTORNEYS OF
2   RECORD:
3        PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in
4   the United States District Court for the Northern District of California on November 2, 2007.
5        A copy of the said Notice of Removal is attached to this Notice, and is served and
6   filed herewith.
7   DATED: November 2, 2007

Bingham McCutchen LLP

By: _____
Geoffrey T. Holtz
Attorneys for Defendants
K&K INSURANCE GROUP, INC., d/b/a
SPECIALTY BENEFITS ADMINISTRATOR,
INC. and AON CORPORATION