1 | Bingham McCutchen LLP
   | ROBERT A. LEWIS (SBN 83630)
2 | GEOFFREY T. HOLTZ (SBN 191370)
   | Three Embarcadero Center
3 | San Francisco, CA 94111-4067
   | Telephone: 415.393.2000
4 | Facsimile: 415.393.2286

5 | Attorneys for Defendant
   | K&K INSURANCE GROUP, INC., d/b/a SPECIALTY
6 | BENEFITS ADMINISTRATOR, INC.

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11

12 | SEAN MICHAEL CARTER,                        Case No. C07-01357   5588

13 |            Plaintiff,                       DEFENDANTS K&K INSURANCE
   |    v.                                      GROUP, INC., d/b/a SPECIALTY
14 |                                             BENEFITS ADMINISTRATOR, INC.'S
   | K&K INSURANCE GROUP, INC., d/b/a           CERTIFICATION OF INTERESTED
15 | SPECIALTY BENEFITS ADMINISTRATOR,          ENTITIES OR PERSONS
   | INC.; NATIONWIDE LIFE INSURANCE            (LOCAL RULE 3-16)
16 | COMPANY; NATIONWIDE MUTUAL
   | INSURANCE COMPANY; AON
17 | CORPORATION and DOES 1 to 100,

18 |            Defendant.

19

20

21

22

23

24

25

26

27

28

ACTIVE/72296738.1/3003872-0000317272                              Case No. C-07-01357

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. K&K Insurance Company is an indirect, wholly-owned subsidiary of Aon Corporation, a publicly traded company.

DATED: November 2, 2007

Bingham McCutchen LLP

By: _____
Geoffrey T. Holtz
Attorneys for Defendants
K&K INSURANCE GROUP, INC., d/b/a
SPECIALTY BENEFITS ADMINISTRATOR,
INC. and AON CORPORATION