KAREN L. UNO  State Bar #117410
DAVID P. BOROVSKY  State Bar #216588
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392

Attorneys for Defendants
NATIONWIDE MUTUAL INSURANCE COMPANY
and NATIONWIDE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAN MICHAEL CARTER,<br><br>                Plaintiff,<br>vs.<br><br>K&K INSURANCE GROUP, INC., d/b/a/SPECIALTY BENEFITS ADMINISTRATOR, INC.; NATIONWIDE LIFE INSURANCE COMPANY; NATIONWIDE MUTUAL INSURANCE COMPANY; AON CORPORATION, and DOES 1-100,<br><br>                Defendants. | CASE No. 3:07-CV-05588<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>L.R. 3-16 |

Defendant NATIONWIDE MUTUAL INSURANCE COMPANY and NATIONWIDE LIFIE INSURANCE COMPANY make the following certification pursuant to L.R. 3-16:

The undersigned certify that as of this date, other than the named parties, there is no such interest to report.

Dated: November 5, 2007          LONG & LEVIT LLP

By _____
KAREN L. UNO
DAVID P. BOROVSKY
Attorneys for Defendants
NATIONWIDE MUTUAL INSURANCE
COMPANY AND NATIONWIDE LIFE
INSURANCE COMPANY

DOCS\S5240-337\541167.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS