1  Bingham McCutchen LLP
   ROBERT A. LEWIS (SBN 83630)
2  GEOFFREY T. HOLTZ (SBN 191370)
   Three Embarcadero Center
3  San Francisco, CA 94111-4067
   Telephone: 415.393.2000
4  Facsimile: 415.393.2286

5  Attorneys for Defendant
   K&K INSURANCE GROUP, INC., d/b/a SPECIALTY
6  BENEFITS ADMINISTRATOR, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 SEAN MICHAEL CARTER,                    Case No. CV-07-5588

13         Plaintiff,                      PROOF OF SERVICE
       v.
                                           Filing Date:  June 26, 2007
14 K&K INSURANCE GROUP, INC., d/b/a        Trial Date:   None set
   SPECIALTY BENEFITS ADMINISTRATOR,
15 INC.; NATIONWIDE LIFE INSURANCE
   COMPANY; NATIONWIDE MUTUAL
16 INSURANCE COMPANY; AON
   CORPORATION and DOES 1 to 100,
17
           Defendant.
18

19

20

21

22

23

24

25

26

27

28
   ACTIVE/72295994.1/3003872-0000317272                    Case No. CV 07-5588
   ─────────────────────────────────────────────────────────────────────
                           PROOF OF SERVICE

|    |    |
|---|---|
| 1  | PROOF OF SERVICE |
| 2  | I am a citizen of the United States, over 18 years of age, not a party to this action |
| 3  | and employed in the County of San Francisco, California at Three Embarcadero Center, San |
| 4  | Francisco, California 94111-4067. |
| 5  | Today I served the attached: |
| 6  | **NOTICE OF ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |
| 7  | |
| 8  | **CIVIL COVER SHEET** |
| 9  | **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(B)(DIVERSITY)** |
| 10 | **DEFENDANTS K&K INSURANCE GROUP, INC., d/b/a SPECIALITY BENEFITS ADMINISTRATOR, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (LOCAL RULE 3-16)** |
| 11 | |
| 12 | |
| 13 | **ECF REGISTRATION INFORMATION HANDOUT** |
| 14 | **NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION** |
| 15 | **WELCOME TO THE U.S. DISTRICT COURT SHEET** |
| 16 | **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |
| 17 | |
| 18 | by causing a true and correct copy of the above to be hand delivered in sealed envelope(s) with |
| 19 | all fees fully paid, addressed as follows: |
| 20 | Lee S. Harris |
| 21 | GOLDSTEIN, GELLMAN, et al<br>1388 Sutter Street, #1000 |
| 22 | San Francisco, CA 94109 |
| 23 | I declare that I am employed in the office of a member of the bar of this court at |
| 24 | whose direction the service was made and that this declaration was executed on November 2, |
| 25 | 2007. |
| 26 | |
| 27 | _____<br>Margaret L. Pavao |
| 28 | |

ACTIVE/72295994.1/3003872-0000317272          2          Case No. CV 07-5588

PROOF OF SERVICE ON ATTORNEY'S OFFICE
BY PERSONAL DELIVERY

I am over 18 years of age, and not a party to this action.

On November 2, 2007, I personally delivered a copy(ies) of the following document(s):

**NOTICE OF ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

**CIVIL COVER SHEET**

**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(B)(DIVERSITY)**

**DEFENDANTS K&K INSURANCE GROUP, INC., d/b/a SPECIALITY BENEFITS ADMINISTRATOR, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (LOCAL RULE 3-16)**

**ECF REGISTRATION INFORMATION HANDOUT**

**NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

**WELCOME TO THE U.S. DISTRICT COURT SHEET**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

I served a copy(ies) of the document(s) in an envelope(s) by leaving the envelope(s) clearly labeled to identify the attorney being served:

☐ I left the document(s) with a receptionist or with a person having charge of the office.

☐ There was no person in the office with whom the document(s) could be left. I left the document(s) between nine in the morning and five in the afternoon in a conspicuous place in the office.

The name(s) and address(es) of the person(s) served as shown on the envelope(s) was/were:

Lee S. Harris
GOLDSTEIN, GELLMAN, et al
1388 Sutter Street, #1000
San Francisco, CA 94109

1  I declare that I am employed in the office of a member of the bar of this court at
2  whose direction the service was made and that this declaration was executed on November 2,
3  2007.

_____

Jean Paul Rodriguez

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28