Lee S. Harris (SBN 76699)
GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP
1388 Sutter Street, Suite 1000
San Francisco, CA 94109-5494
Telephone:    (415) 673-5600
Facsimile:    (415) 673-5606

Attorney for Plaintiff
SEAN MICHAEL CARTER

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA- SAN FRANCISCO

| | |
|---|---|
| SEAN MICHAEL CARTER,<br><br>Plaintiff,<br><br>v.<br><br>K&K INSURANCE GROUP, INC., dba SPECIALTY BENEFITS ADMINISTRATOR, INC.; NATIONWIDE LIFE INSURANCE COMPANY; NATIONWIDE MUTUAL INSURANCE COMPANY; AON CORPORATION; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 07 5588 CRB<br><br>**DEMAND FOR JURY TRIAL PURSUANT TO FRCP 38 and CivLR 3-6** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Pursuant to Federal Rules of Civil Procedure 38 and Civil Local Rule 3-6, Plaintiff Sean Michael Carter hereby demands a jury trial in the above-entitled action.

Dated: November 8, 2007

GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS LLP

By: _____
LEE S. HARRIS
Attorney for Plaintiff
SEAN MICHAEL CARTER

1.