| | |
|---|---|
| 1 | Bingham McCutchen LLP |
|   | ROBERT A. LEWIS (SBN 83630) |
| 2 | GEOFFREY T. HOLTZ (SBN 191370) |
|   | ELIZABETH KENNEDY (SBN 246039) |
| 3 | Three Embarcadero Center |
|   | San Francisco, CA  94111-4067 |
| 4 | Telephone:  415.393.2000 |
|   | Facsimile:  415.393.2286 |
| 5 | Email:  g.holtz@bingham.com |
| 6 | Attorneys for Defendant |
|   | K&K INSURANCE GROUP, INC., dba SPECIALTY |
| 7 | BENEFITS ADMINISTRATOR, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAN MICHAEL CARTER, | Case No. 3:07-CV-5588-CRB |
| Plaintiff, | STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT |
| v. | |
| K&K INSURANCE GROUP, INC., d/b/a SPECIALTY BENEFITS ADMINISTRATOR, INC.; NATIONWIDE LIFE INSURANCE COMPANY; NATIONWIDE MUTUAL INSURANCE COMPANY; AON CORPORATION and DOES 1 to 100, | |
| Defendant. | |

Plaintiff, Sean Michael Carter, and Defendant, K&K Insurance Group, Inc. (K&K), through their respective counsel, stipulate and agree as follows:

1. The parties stipulate that K&K Insurance Group, Inc. and its parent corporation, Aon Corp., shall have a ten-day extension of the time to answer or otherwise respond to the complaint removed to this Court on November 2, 2007.

2. Pursuant to Local Civil Rule 6-1, the time for K&K Insurance Group, Inc. and Aon Corp. to file and serve a response to the complaint is hereby extended to and including November 19, 2007.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: November 9, 2007 | GOLDSTEIN, GELLMAN, MELBOSTAD ET AL. |
| 3 | | |
| 4 | | By /S/ Lee S. Harris |
| | | Lee S. Harris |
| | | Attorneys for Plaintiff, |
| 5 | | Sean Michael Carter |
| 6 | | |
| 7 | | |
| 8 | DATED: November 9, 2007 | BINGHAM MCCUTCHEN LLP |
| 9 | | |
| 10 | | By /S/ Geoffrey T. Holtz |
| | | Geoffrey T. Holtz |
| 11 | | Attorneys for Defendant, |
| | | K&K Insurance Group, Inc. |