1  KAREN L. UNO  State Bar #117410
   DAVID P. BOROVSKY  State Bar #216588
2  LONG & LEVIT LLP
   465 California Street, Suite 500
3  San Francisco, CA  94104
   TEL: (415) 397-2222   FAX: (415) 397-6392
4
   Attorneys for Defendants
5  NATIONWIDE MUTUAL INSURANCE COMPANY
   and NATIONWIDE LIFE INSURANCE COMPANY
6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10

11 | SEAN MICHAEL CARTER,              | CASE No. 3:07-CV-05588
12 |                       Plaintiff,  | **STIPULATION TO EXTEND TIME FOR
                                         DEFENDANT NATIONWIDE LIFE
13 | vs.                                 INSURANCE COMPANY TO RESPOND
                                         TO COMPLAINT**
14 | K&K INSURANCE GROUP, INC.,
     d/b/a/SPECIALTY BENEFITS
15 | ADMINISTRATOR, INC.; NATIONWIDE
     LIFE INSURANCE COMPANY;
16 | NATIONWIDE MUTUAL INSURANCE
     COMPANY; AON CORPORATION, and
17 | DOES 1-100,

18 |                       Defendants.

19
                              RECITALS
20
        Plaintiff Sean Michael Carter ("plaintiff") filed his complaint in state court on or about
21
   June 26, 2007.  On or about November 2, 2007, defendants jointly removed the case to this
22
   Court.  At the request of counsel for defendant Nationwide Life Insurance Company
23
   ("Nationwide Life"), counsel for plaintiff has agreed to extend the time for Nationwide Life to
24
   respond to the complaint.
25

26
                             STIPULATION
27
        It is hereby stipulated by plaintiff and defendant Nationwide Life, by and through their
28

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

STIPULATION TO EXTEND TIME

counsel of record, and pursuant to Local Rule 6-1(a):

1. Nationwide Life's responsive pleading shall be filed not later than Friday, November 30, 2007;

2. All other current deadlines shall remain unchanged.

IT IS SO STIPULATED.

Dated: November 9, 2007                LONG & LEVIT LLP

By: _____
KAREN L. UNO
DAVID P. BOROVSKY
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE
COMPANY and NATIONWIDE LIFE
INSURANCE COMPANY

Dated: November __, 2007              GOLDSTEIN GELLMAN MELBOSTAD GIBSON
                                       & HARRIS, LLP

By: _____
LEE S. HARRIS
Attorneys for Plaintiff
SEAN MICHAEL CARTER

DOCS\S5240-337\541364.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

STIPULATION TO EXTEND TIME

counsel of record, and pursuant to Local Rule 6-1(a):

1. Nationwide Life's responsive pleading shall be filed not later than Friday, November 30, 2007;

2. All other current deadlines shall remain unchanged.

IT IS SO STIPULATED.

Dated: November __, 2007                LONG & LEVIT LLP

By: _____
KAREN L. UNO
DAVID P. BOROVSKY
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE
COMPANY and NATIONWIDE LIFE
INSURANCE COMPANY

Dated: November 7, 2007                 GOLDSTEIN GELLMAN MELBOSTAD GIBSON
                                        & HARRIS, LLP

By: _____
LEE S. HARRIS
Attorneys for Plaintiff
SEAN MICHAEL CARTER

DOCS\S5240-337\541364.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

STIPULATION TO EXTEND TIME

11/08/2007 10:43 FAX 14153976392    LONG AND LEVIT    ☒004/004