KAREN L. UNO  State Bar #117410
DAVID P. BOROVSKY  State Bar #216588
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392

Attorneys for Defendants
NATIONWIDE MUTUAL INSURANCE COMPANY
and NATIONWIDE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAN MICHAEL CARTER,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>K&K INSURANCE GROUP, INC., d/b/a/SPECIALTY BENEFITS ADMINISTRATOR, INC.; NATIONWIDE LIFE INSURANCE COMPANY; NATIONWIDE MUTUAL INSURANCE COMPANY; AON CORPORATION, and DOES 1-100,<br><br>　　　　　　　Defendants. | CASE No. 3:07-CV-05588<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT NATIONWIDE LIFE INSURANCE COMPANY TO RESPOND TO COMPLAINT** |

RECITALS

Plaintiff Sean Michael Carter ("plaintiff") filed his complaint in state court on or about June 26, 2007.  On or about November 2, 2007, defendants jointly removed the case to this Court.  At the request of counsel for defendant Nationwide Life Insurance Company ("Nationwide Life"), counsel for plaintiff has agreed to extend the time for Nationwide Life to respond to the complaint.

STIPULATION

It is hereby stipulated by plaintiff and defendant Nationwide Life, by and through their

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

STIPULATION TO EXTEND TIME

counsel of record, and pursuant to Local Rule 6-1(a):

1. Nationwide Life's responsive pleading shall be filed not later than Friday, November 30, 2007;

2. All other current deadlines shall remain unchanged.

IT IS SO STIPULATED.

Dated: November 9, 2007

LONG & LEVIT LLP

By: _____
KAREN L. UNO
DAVID P. BOROVSKY
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE
COMPANY and NATIONWIDE LIFE
INSURANCE COMPANY

Dated: November __, 2007

GOLDSTEIN GELLMAN MELBOSTAD GIBSON & HARRIS, LLP

By: _____
LEE S. HARRIS
Attorneys for Plaintiff
SEAN MICHAEL CARTER

DOCS\S5240-337\541364.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

STIPULATION TO EXTEND TIME

counsel of record, and pursuant to Local Rule 6-1(a):

1. Nationwide Life's responsive pleading shall be filed not later than Friday, November 30, 2007;

2. All other current deadlines shall remain unchanged.

IT IS SO STIPULATED.

Dated: November __, 2007                    LONG & LEVIT LLP

                                            By: _____
                                            KAREN L. UNO
                                            DAVID P. BOROVSKY
                                            Attorneys for Defendant
                                            NATIONWIDE MUTUAL INSURANCE
                                            COMPANY and NATIONWIDE LIFE
                                            INSURANCE COMPANY

Dated: November 7, 2007                     GOLDSTEIN GELLMAN MELBOSTAD GIBSON
                                            & HARRIS, LLP

                                            By: _____
                                            LEE S. HARRIS
                                            Attorneys for Plaintiff
                                            SEAN MICHAEL CARTER

DOCS\S5240-337\541364.V1

November 16, 2007

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

                            2
                STIPULATION TO EXTEND TIME

11/08/2007 10:43 FAX 14153976392   LONG AND LEVIT                    ☒004/004