1  Bingham McCutchen LLP
   ROBERT A. LEWIS (SBN 83630)
2  GEOFFREY T. HOLTZ (SBN 191370)
   ELIZABETH KENNEDY (SBN 246039)
3  Three Embarcadero Center
   San Francisco, CA  94111-4067
4  Telephone:  415.393.2000
   Facsimile:  415.393.2286
5  Email:  g.holtz@bingham.com

6  Attorneys for Defendant
   K&K INSURANCE GROUP, INC., dba SPECIALTY
7  BENEFITS ADMINISTRATOR, INC.

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12
   | | |
   |---|---|
   | SEAN MICHAEL CARTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K&K INSURANCE GROUP, INC., d/b/a SPECIALTY BENEFITS ADMINISTRATOR, INC.; NATIONWIDE LIFE INSURANCE COMPANY; NATIONWIDE MUTUAL INSURANCE COMPANY; AON CORPORATION and DOES 1 to 100,<br><br>　　　　Defendant. | Case No. 3:07-CV-5588-CRB<br><br>STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT |

21         Plaintiff, Sean Michael Carter, and Defendant, K&K Insurance Group, Inc.

22  (K&K), through their respective counsel, stipulate and agree as follows:

23         1.     The parties stipulate that K&K Insurance Group, Inc. and its parent

24  corporation, Aon Corp., shall have an additional eleven-day extension of the time to answer or

25  otherwise respond to the complaint removed to this Court on November 2, 2007.

26         2.     Pursuant to Local Civil Rule 6-1, the time for K&K Insurance Group, Inc.

27  and Aon Corp. to file and serve a response to the complaint is hereby extended to and including

28  November 30, 2007.

| | | |
|---|---|---|
| 1 | DATED: November 19, 2007 | GOLDSTEIN, GELLMAN, MELBOSTAD ET AL. |
| 2 | | |
| 3 | | |
| 4 | | By /S/ Lee S. Harris |
| 5 | | Lee S. Harris<br>Attorneys for Plaintiff,<br>Sean Michael Carter |
| 6 | | |
| 7 | DATED: November 19, 2007 | BINGHAM MCCUTCHEN LLP |
| 8 | | |
| 9 | | |
| 10 | | By /S/ Geoffrey T. Holtz |
| 11 | | Geoffrey T. Holtz<br>Attorneys for Defendant,<br>K&K Insurance Group, Inc. |