1  Bingham McCutchen LLP
   ROBERT A. LEWIS (SBN 83630)
2  GEOFFREY T. HOLTZ (SBN 191370)
   ELIZABETH KENNEDY (SBN 246039)
3  Three Embarcadero Center
   San Francisco, CA  94111-4067
4  Telephone:  415.393.2000
   Facsimile:  415.393.2286
5  Email:  g.holtz@bingham.com

6  Attorneys for Defendant
   K&K INSURANCE GROUP, INC., dba SPECIALTY
7  BENEFITS ADMINISTRATOR, INC.

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12
   SEAN MICHAEL CARTER,                    Case No. 3:07-CV-5588-CRB
13
            Plaintiff,                     STIPULATION EXTENDING TIME TO
14      v.                                 RESPOND TO COMPLAINT

15 K&K INSURANCE GROUP, INC., d/b/a
   SPECIALTY BENEFITS ADMINISTRATOR,
16 INC.; NATIONWIDE LIFE INSURANCE
   COMPANY; NATIONWIDE MUTUAL
17 INSURANCE COMPANY; AON
   CORPORATION and DOES 1 to 100,
18
            Defendant.
19

20

21         Plaintiff, Sean Michael Carter, and Defendant, K&K Insurance Group, Inc.

22 (K&K), through their respective counsel, stipulate and agree as follows:

23         1.      The parties stipulate that K&K Insurance Group, Inc. and its parent

24 corporation, Aon Corp., shall have an additional eleven-day extension of the time to answer or

25 otherwise respond to the complaint removed to this Court on November 2, 2007.

26         2.      Pursuant to Local Civil Rule 6-1, the time for K&K Insurance Group, Inc.

27 and Aon Corp. to file and serve a response to the complaint is hereby extended to and including

28 November 30, 2007.

1

DATED: November 19, 2007           GOLDSTEIN, GELLMAN, MELBOSTAD ET AL.

2

3

By /S/ Lee S. Harris

4
   Lee S. Harris
   Attorneys for Plaintiff,

5
   Sean Michael Carter

6

7

DATED: November 19, 2007           BINGHAM MCCUTCHEN LLP

8

9

By /S/ Geoffrey T. Holtz

10
   Geoffrey T. Holtz
   Attorneys for Defendant,

11
   K&K Insurance Group, Inc.

12

13

14

15  November 20, 2007

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA