| | |
|---|---|
| 1 | Bingham McCutchen LLP<br>ROBERT A. LEWIS (SBN 83630) |
| 2 | GEOFFREY T. HOLTZ (SBN 191370)<br>ELIZABETH KENNEDY (SBN 246039) |
| 3 | Three Embarcadero Center<br>San Francisco, CA  94111-4067 |
| 4 | Telephone:  415.393.2000<br>Facsimile:  415.393.2286 |
| 5 | |
| 6 | Attorneys for Defendant<br>K&K INSURANCE GROUP, INC., d/b/a SPECIALTY<br>BENEFITS ADMINISTRATOR, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | SEAN MICHAEL CARTER, | No. 3:07-CV-05588-CRB |
| 13 | Plaintiff,<br>v. | DEFENDANT K&K INSURANCE<br>GROUP, INC.'S NOTICE OF MOTION, |
| 14 | | MOTION TO DISMISS OR, IN THE<br>ALTERNATIVE MOTION FOR MORE |
| 15 | K&K INSURANCE GROUP, INC., d/b/a<br>SPECIALTY BENEFITS ADMINISTRATOR,<br>INC.; NATIONWIDE LIFE INSURANCE | DEFINITE STATEMENT |
| 16 | COMPANY; NATIONWIDE MUTUAL<br>INSURANCE COMPANY; AON | Filing Date:    June 26, 2007<br>Hearing Date:  January 18, 2008 |
| 17 | CORPORATION and DOES 1 to 100, | Time:           10 a.m.<br>Dept.:           Courtroom 8 |
| 18 | Defendant. | (The Hon. Charles R. Breyer) |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on Friday, January 18, 2008, at 10:00 a.m. or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Charles R. Breyer, located at Courtroom 8 of the United States District Court, Northern District of California, 450 McAllister Street, San Francisco, CA 94102, defendant K&K Insurance Group, Inc. (K&K) will, and hereby does, move this Court for an order dismissing plaintiff Sean Michael Carter's complaint against K&K for failing to state a claim on which relief may be granted under Fed. Rule Civ. Proc. 12(b)(6).  In the alternative, K&K also will, and hereby does, move this Court for an order requiring Plaintiff to provide a more definite statement in his

1  complaint pursuant to Fed. Rule Civ. Proc. 12(e).

2        The motions are based on this Notice of Motion and Motion, Memorandum of

3  Points and Authorities, Proposed Order, and Request for Judicial Notice filed and served on

4  November 30, 2007, all pleadings and papers on file herein, any other oral or documentary

5  evidence that may be provided at the hearing on this motion, and such other matters as to which

6  this Court may take judicial notice or may otherwise take notice at the hearing on these motions.

7

8

9  DATED: November 30, 2007

                         Bingham McCutchen LLP

10

11                   By: _____/s/_____

                         Elizabeth Kennedy

12                         Attorneys for Defendants
                        K&K INSURANCE GROUP, INC.,

13                         d/b/a SPECIALTY BENEFITS
                        ADMINISTRATOR, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28