| | |
|---|---|
| 1 | Bingham McCutchen LLP<br>ROBERT A. LEWIS (SBN 83630) |
| 2 | GEOFFREY T. HOLTZ (SBN 191370)<br>ELIZABETH KENNEDY (SBN 246039) |
| 3 | Three Embarcadero Center<br>San Francisco, CA 94111-4067 |
| 4 | Telephone: 415.393.2000<br>Facsimile: 415.393.2286 |
| 5 | |
| 6 | Attorneys for Defendant<br>K&K INSURANCE GROUP, INC., d/b/a SPECIALTY<br>BENEFITS ADMINISTRATOR, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SEAN MICHAEL CARTER,<br><br>          Plaintiff,<br>     v.<br><br>K&K INSURANCE GROUP, INC., d/b/a SPECIALTY BENEFITS ADMINISTRATOR, INC.; NATIONWIDE LIFE INSURANCE COMPANY; NATIONWIDE MUTUAL INSURANCE COMPANY; AON CORPORATION and DOES 1 to 100,<br><br>          Defendant. | | No. 3:07-CV-07-05588-CRB<br><br>DEFENDANT K&K INSURANCE GROUP, INC.'S REQUEST FOR JUDICIAL NOTICE<br><br>Hearing Date: January 18, 2008<br>Time:         10 a.m.<br>Dept:         Courtroom 8<br>(The Hon. Charles R. Breyer) |

Defendant K&K Insurance Group, Inc. (K&K), by and through its attorney, hereby requests the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following documents in connection with K&K's Motion to Dismiss:

1. California Department of Insurance Agent License Status Report, found at: http://www.insurance.ca.gov/0200-industry/0070-check-license-status/ (Last viewed November 30, 2007). A true and correct copy of this Agent License Status Report, printed off the website as of November 30, 2007, is attached hereto as **Exhibit 1**. This is a publicly available document

Case No. C-07-05588

DEFENDANT K&K INSURANCE GROUP, INC.'S REQUEST FOR JUDICIAL NOTICE

1  and is intended to be relied upon by the public by the California Department of Insurance and
2  therefore satisfies the Federal Rule of Evidence 201, which allows judicial notice of a fact "not
3  subject to reasonable dispute in that it is either (1) generally known within the territorial
4  jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to
5  sources whose accuracy cannot be reasonably questioned." See Fed. R. Evid. 201(b).
6        2. Certificate of Insurance between Nationwide Mutual Insurance Company
7  (Nationwide) and Michael Lynch, d/b/a Golden Gate Gymnastics (Golden Gate), covering the
8  period 8/26/04 to 8/26/05. Plaintiff's complaint references the insurance policy as "attached
9  hereto as Exhibit 'A,'" Compl. ¶ 23, but Plaintiff did not actually attach the exhibit in the copy
10 served on K&K. A true and correct copy of this policy is attached hereto as **Exhibit 2**. A
11 document referenced in Plaintiff's complaint, whose contents are alleged in a complaint and
12 whose authenticity no party questions, but which is not physically attached to the pleading, may
13 be considered in ruling on a Rule 12(b)(6) motion to dismiss. *United States v. Ritchie*, 342 F.3d
14 903, 908 (9th Cir. 2003); *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994), overruled in part,
15 on other grounds, by *Galbraith v. County of Santa Clara*, 307 F.3d 1119 (2002). The insurance
16 policy between Nationwide and Golden Gate is properly subject to judicial notice. There can be
17 no dispute over the authenticity of the policy.
18
19 DATED: November 30, 2007

                                  Bingham McCutchen LLP

                                  By: _____/s/_____
                                      Elizabeth Kennedy
                                     Attorneys for Defendants
                                 K&K INSURANCE GROUP, INC.,
                                    d/b/a SPECIALTY BENEFITS
                                     ADMINISTRATOR, INC.

DEFENDANT K&K INSURANCE GROUP, INC.'S REQUEST FOR JUDICIAL NOTICE