# Agency License Details

The license status information shown below represents information taken from the California Department of Insurance (CDI) licensing database at the time of your inquiry. This information may not always be current. For example, items sent to the CDI may be pending review or simply may not have yet been entered into our licensing database. For instance, continuing education hours quoted may not reflect courses taken in the last 45 days. This database will reflect concluded disciplinary actions against licensees. Complaints and ongoing investigations are confidential and, therefore, not available.

Section 12938 (a) of the California Insurance Code, in part, requires the CDI to make all fully executed stipulations, orders, decisions, and settlements available to the public on its Web site. You can search for key documents regarding any enforcement action the department has filed against this licensee on the Enforcement Action Documents Search Page. Please note Enforcement Action Documents (i.e. legal pleadings and orders generated during the enforcement action) are available on this Web site only for enforcement actions taken on or after July 1, 2001. If an enforcement action was taken prior to July 1, 2001, this Web site will only provide a summary description of the enforcement action. Documents relating to actions taken prior to July 1, 2001 may be obtained by submitting a written request to the CDI.

Glossary Terms

Name: K & K INSURANCE GROUP, INC.                    License#: 0334819

DBA: K & K INSURANCE AGENCY

REF: K & K INSURANCE AGENCY, INC.

Comments:
"K & K INSURANCE AGENCY" MUST BE USED FOR ALL INSURANCE BUSINESS CONDUCTED IN CALIFORNIA

| License type: Fire and Casualty Broker-Agent | Status: Active | Status Date: 04/14/1970 | Exp Date: 10/31/2009 |
|---|---|---|---|
| License type: Life Agent | Status: Active | Status Date: 12/03/1999 | Exp Date: 10/31/2009 |
| License type: Surplus Lines Broker | Status: Active | Status Date: 04/30/2003 | Exp Date: 10/31/2009 |

Business Address: 1712 MAGNAVOX WAY FORT WAYNE, IN 46804

## Bond Information

Bond Amount: $50,000      Bond #: SL - 6201640

Surety Co: 24740 - SAFECO INSURANCE COMPANY OF AMERICA

## Company Appointments

This licensee is authorized to transact on behalf of the following insurers:

FEDERAL INSURANCE COMPANY          For: Fire and Casualty          Effective: 03/05/1993

| | | |
|---|---|---|
| GRANITE STATE INSURANCE COMPANY | For: Fire and Casualty | Effective: 12/19/2002 |
| GREAT AMERICAN ASSURANCE COMPANY | For: Fire and Casualty | Effective: 08/15/1997 |
| GREAT AMERICAN INSURANCE COMPANY | For: Fire and Casualty | Effective: 05/13/2002 |
| GUARANTEE INSURANCE COMPANY | For: Fire and Casualty | Effective: 04/21/1981 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | For: Life and Disability | Effective: 07/21/2006 |
| HEALTH NET LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 12/20/2001 |
| NATIONAL CASUALTY COMPANY | For: Fire and Casualty | Effective: 06/20/2007 |
| NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA | For: Disability Only | Effective: 12/07/1990 |
| NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA | For: Fire and Casualty | Effective: 11/13/1990 |
| NATIONWIDE LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 08/16/2002 |
| NATIONWIDE MUTUAL INSURANCE COMPANY | For: Fire and Casualty | Effective: 11/25/2002 |
| NEW HAMPSHIRE INSURANCE COMPANY | For: Fire and Casualty | Effective: 12/19/2002 |
| NORTHERN INSURANCE COMPANY OF NEW YORK | For: Fire and Casualty | Effective: 12/22/2004 |
| SCOTTSDALE INDEMNITY COMPANY | For: Fire and Casualty | Effective: 06/20/2007 |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | For: Fire and Casualty | Effective: 07/14/2000 |
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT (THE) | For: Fire and Casualty | Effective: 11/22/2004 |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | For: Fire and Casualty | Effective: 07/28/2004 |
| U.S. SPECIALTY INSURANCE COMPANY | For: Fire and Casualty | Effective: 08/20/1998 |

Records 1 to 30

**Certification Letters**    **Endorsed Agents**    **Solicitors**

If you have any questions about the license information you retrieved, please see the most commonly asked questions in our License Questions and Answers section. If you need further assistance, please call CDI's Producer License Bureau at **(800) 967-9331 or (916) 322-3555**, or send an e-mail to Producer Licensing Bureau Please be sure to include your name, license number, e-mail address and telephone number in all correspondence with the Department.

Need Help?

Last Revised - November 14, 2007 08:56 AM

Copyright © California Department of Insurance