| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| | ROBERT A. LEWIS (SBN 83630) |
| 2 | GEOFFREY T. HOLTZ (SBN 191370) |
| | ELIZABETH KENNEDY (SBN 246039) |
| 3 | Three Embarcadero Center |
| | San Francisco, CA  94111-4067 |
| 4 | Telephone:  415.393.2000 |
| | Facsimile:  415.393.2286 |
| 5 | |
| | Attorneys for Defendant |
| 6 | K&K INSURANCE GROUP, INC., d/b/a SPECIALTY |
| | BENEFITS ADMINISTRATOR, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | SEAN MICHAEL CARTER, | No. 3:07-CV-07-05588-CRB |
| 13 | Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT K&K INSURANCE GROUP, INC.'S MOTION TO DISMISS |
| 14 | v. | |
| 15 | K&K INSURANCE GROUP, INC., d/b/a SPECIALTY BENEFITS ADMINISTRATOR, INC.; NATIONWIDE LIFE INSURANCE COMPANY; NATIONWIDE MUTUAL INSURANCE COMPANY; AON CORPORATION and DOES 1 to 100, | Hearing Date:  January 18, 2008 |
| 16 | | Time:  10:00 a.m. |
| 17 | | Dept:  Courtroom 8 |
| | | (The Hon. Charles R. Breyer) |
| 18 | Defendant. | |

    Defendant K&K Insurance Group, Inc.'s (K&K) Motion to Dismiss came on regularly for hearing before this Court.  After considering the pleadings and memoranda submitted by the parties, and all supporting papers, and having heard the arguments of counsel, and good cause appearing therefore, the Court GRANTS K&K's Motion to Dismiss without leave to amend.

///

///

1   IT IS SO ORDERED.
2
3
4   DATE: _____  _____
    HONORABLE CHARLES R. BREYER
5   United States District Court Judge
    Northern District of California
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING DEFENDANT K&K INSURANCE GROUP, INC.'S MOTION TO DISMISS