KAREN L. UNO  State Bar #117410
DAVID P. BOROVSKY  State Bar #216588
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392

Attorneys for Defendants
NATIONWIDE MUTUAL INSURANCE COMPANY
and NATIONWIDE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAN MICHAEL CARTER,<br><br>                Plaintiff,<br>vs.<br><br>K&K INSURANCE GROUP, INC.,<br>d/b/a/SPECIALTY BENEFITS<br>ADMINISTRATOR, INC.; NATIONWIDE<br>LIFE INSURANCE COMPANY;<br>NATIONWIDE MUTUAL INSURANCE<br>COMPANY; AON CORPORATION, and<br>DOES 1-100,<br><br>                Defendants. | CASE No. 3:07-CV-05588<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT NATIONWIDE LIFE INSURANCE COMPANY TO RESPOND TO COMPLAINT** |

RECITALS

Plaintiff Sean Michael Carter ("plaintiff") filed his complaint in state court on or about June 26, 2007.  On or about November 2, 2007, defendants jointly removed the case to this Court.  At the request of counsel for defendant Nationwide Life Insurance Company ("Nationwide Life"), counsel for plaintiff has agreed to extend the time for Nationwide Life to respond to the complaint.

STIPULATION

It is hereby stipulated by plaintiff and defendant Nationwide Life, by and through their

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

STIPULATION TO EXTEND TIME

1  counsel of record, and pursuant to Local Rule 6-1(a):

2      1.    Nationwide Life's responsive pleading shall be filed not later than Friday,

3  December 7, 2007;

4      2.    All other current deadlines shall remain unchanged.

5  IT IS SO STIPULATED.

6  Dated: 11/30/07, 2007    LONG & LEVIT LLP

8  By: /s/
    KAREN L. UNO
9      DAVID P. BOROVSKY
    Attorneys for Defendant
10     NATIONWIDE MUTUAL INSURANCE
    COMPANY and NATIONWIDE LIFE
11     INSURANCE COMPANY

12
13 Dated: 11/30, 2007    GOLDSTEIN GELLMAN MELBOSTAD GIBSON & HARRIS, LLP

15 By: /s/
    LEE S. HARRIS
16     Attorneys for Plaintiff
    SEAN MICHAEL CARTER

18 DOCS\S5240-337\542219.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

STIPULATION TO EXTEND TIME