| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| | ROBERT A. LEWIS (SBN 83630) |
| 2 | GEOFFREY T. HOLTZ (SBN 191370) |
| | ELIZABETH KENNEDY (SBN 246039) |
| 3 | Three Embarcadero Center |
| | San Francisco, CA  94111-4067 |
| 4 | Telephone:  415.393.2000 |
| | Facsimile:  415.393.2286 |
| 5 | Email:  g.holtz@bingham.com |
| 6 | Attorneys for Defendant |
| | AON CORPORATION |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAN MICHAEL CARTER, | Case No. 3:07-CV-5588-CRB |
| Plaintiff, | STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT |
| v. | |
| K&K INSURANCE GROUP, INC., d/b/a SPECIALTY BENEFITS ADMINISTRATOR, INC.; NATIONWIDE LIFE INSURANCE COMPANY; NATIONWIDE MUTUAL INSURANCE COMPANY; AON CORPORATION and DOES 1 to 100, | |
| Defendant. | |

Plaintiff, Sean Michael Carter, and Defendant, Aon Corporation (Aon), through their respective counsel, stipulate and agree as follows:

1.   There is a pending motion to dismiss filed by Defendant K&K Insurance Group, Inc., a subsidiary of Aon, set for hearing before this Court on January 18, 2008.  The parties are in agreement that the resolution of that motion may obviate the need for additional law and motion proceedings by Aon.  Therefore, the parties stipulate that Aon shall have an extension until January 18, 2008 to respond to the complaint removed to this Court on November 2, 2007.

1      2.      Pursuant to Local Civil Rule 6-1, the time for Aon to file and serve a response to the complaint is hereby extended to and including January 18, 2008.

DATED: December 4, 2007        GOLDSTEIN, GELLMAN, MELBOSTAD ET AL.


By  /S/ Lee S. Harris
   Lee S. Harris
   Attorneys for Plaintiff,
   Sean Michael Carter


DATED: December 4, 2007        BINGHAM MCCUTCHEN LLP


By  /S/ Elizabeth Kennedy
   Elizabeth Kennedy
   Attorneys for Defendant,
   Aon Corporation