1  Bingham McCutchen LLP
   ROBERT A. LEWIS (SBN 83630)
2  GEOFFREY T. HOLTZ (SBN 191370)
   ELIZABETH KENNEDY (SBN 246039)
3  Three Embarcadero Center
   San Francisco, CA  94111-4067
4  Telephone:  415.393.2000
   Facsimile:  415.393.2286
5  Email:  g.holtz@bingham.com

6  Attorneys for Defendant
   AON CORPORATION
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 SEAN MICHAEL CARTER,                        Case No. 3:07-CV-5588-CRB

13         Plaintiff,                          STIPULATION EXTENDING TIME TO
                                               RESPOND TO COMPLAINT
14     v.

15 K&K INSURANCE GROUP, INC., d/b/a
   SPECIALTY BENEFITS ADMINISTRATOR,
   INC.; NATIONWIDE LIFE INSURANCE
16 COMPANY; NATIONWIDE MUTUAL
   INSURANCE COMPANY; AON
17 CORPORATION and DOES 1 to 100,

18         Defendant.

19

20
           Plaintiff, Sean Michael Carter, and Defendant, Aon Corporation (Aon), through
21
   their respective counsel, stipulate and agree as follows:
22
           1.      There is a pending motion to dismiss filed by Defendant K&K Insurance
23
   Group, Inc., a subsidiary of Aon, set for hearing before this Court on January 18, 2008.  The
24
   parties are in agreement that the resolution of that motion may obviate the need for additional
25
   law and motion proceedings by Aon.  Therefore, the parties stipulate that Aon shall have an
26
   extension until January 18, 2008 to respond to the complaint removed to this Court on November
27
   2, 2007.
28

2. Pursuant to Local Civil Rule 6-1, the time for Aon to file and serve a response to the complaint is hereby extended to and including January 18, 2008.

DATED:  December 4, 2007        GOLDSTEIN, GELLMAN, MELBOSTAD ET AL.


By  /S/ Lee S. Harris
Lee S. Harris
Attorneys for Plaintiff,
Sean Michael Carter


DATED: December 4, 2007        BINGHAM MCCUTCHEN LLP


By  /S/ Elizabeth Kennedy
Elizabeth Kennedy
Attorneys for Defendant,
Aon Corporation


Dec. 05, 2007

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**
IT IS SO ORDERED
Judge Charles R. Breyer

2                                                                 3:07-CV-5588-CRB

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT