| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| STEGER P. JOHNSON<br>GOLDSTEIN, GELLMAN, MELBOSTAD, et. al.<br>1388 SUTTER STREET, SUITE 100<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-673-5606 | | |

Attorney for: Plaintiff

Ref. No. or File No.: 6611-00

Insert name of Court, and Judicial District and Branch Court:

**CONTRA COSTA COUNTY SUPERIOR COURT**

Plaintiff: SEAN MICHAEL CARTER

Defendant: K&K INSURANCE GROUP, INC., ect., et al.

| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07-01357 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Complaint For Damages; Substitution Of Attorney-Civil; Notice To Adverse Party Of Removal To Federal Court(2); Civil Cover Sheet; Notice Of Removal Of Civil Action Under 28 U.S.C. 1441(B)(Diversity); Defendant K&k Insurance Group, Inc., D/B/A Specialty Benefits Administrator, Inc.'s Certification Of Interested Entities Or Persons(Local Rule 3-16); Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Order Setting Case Management Conference; Standing Orders; Contents Of Joint Case Management Statement; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Waiver Of Service Of Summons; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Welcome To The U.S. District Court; Drop Box Filing Procedures; Proof Of Service; Demand For Jury Trial Pursuant To Frcp 38 And Civlr3-6.

3. a. Party served:                                    AON CORPORATION

4. Address where the party was served:        801 ADLAI SECRETARY DRIVE
                                                               SPRINGFIELD, IL 62703

5. I served the party:
   b. **by substituted service.** On: Fri., Nov. 16, 2007 at: 3:50PM by leaving the copies with or in the presence of:
      HOLLY BLANKENSHIP, OPERATIONS MANAGER
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: AON CORPORATION
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**
   a. GREG WILLING

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: Not a Registered California Process Server


First Legal Support Services ℠
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, Nov. 16, 2007

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS

(GREG WILLING)    6384372.golge.98139

| *Attorney or Party without Attorney:*<br>STEGER P. JOHNSON<br>GOLDSTEIN, GELLMAN, MELBOSTAD, et. al.<br>1388 SUTTER STREET, SUITE 100<br>SAN FRANCISCO, CA  94109<br>*Telephone No:* 415-673-5606          *FAX No:* | | For Court Use Only |
|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No or File No.:*<br>6611-00 | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>CONTRA COSTA COUNTY SUPERIOR COURT | | |
| *Plaintiff:* SEAN MICHAEL CARTER | | |
| *Defendant:* K&K INSURANCE GROUP, INC., ect., et al. | | |

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C 07-01357 |
|---|---|---|---|---|

1.  I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occured.

2.  I served copies of the Summons; Complaint For Damages;  Substitution Of Attorney-Civil;  Notice To Adverse Party Of Removal To Federal Court(2);  Civil Cover Sheet;  Notice Of Removal Of Civil Action Under 28 U.S.C. 1441(B)(Diversity);  Defendant K&k Insurance Group, Inc., D/B/A Specialty Benefits Administrator, Inc.'s Certification Of Interested Entities Or Persons(Local Rule 3-16);  Ecf Registration Information Handout;  Order Setting Initial Case Management Conference And Adr Deadlines; Order Setting Case Management Conference;  Standing Orders;  Contents Of Joint Case Management Statement;  Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction;  Waiver Of Service Of Summons;  Notice Of Lawsuit And Request For Waiver Of Service Of Summons;  Welcome To The U.S. District Court;  Drop Box Filing Procedures;  Proof Of Service; Demand For Jury Trial Pursuant To Frcp 38 And Civlr3-6.

3.  By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a.  Date of Mailing:             Fri., Nov. 16, 2007
    b.  Place of Mailing:            SAN FRANCISCO, CA  94103
    c.  Addressed as follows:        AON CORPORATION
                                     801 ADLAI SECRETARY DRIVE
                                     SPRINGFIELD, IL  62703

4.  I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Nov. 16, 2007 in the ordinary course of business.

5.  *Person Serving:*                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a.  AARON  DANIEL                        d.  *The Fee* for Service was:
    b.  FIRST LEGAL SUPPORT SERVICES         e.  I am: Not a Registered California Process Server
        1138 HOWARD STREET
        SAN FRANCISCO, CA  94103
    c.  415-626-3111

8.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Fri, Nov. 16, 2007

Judicial Council Form POS-010                    PROOF OF SERVICE                      (AARON DANIEL)
Rule 982.9.(a)&(b) Rev January 1, 2007               By Mail                                                    6384372.golge.98139