```
 1  LEWIS BRISBOIS BISGAARD & SMITH LLP
    Julian J. Pardini, Esq.  SB# 133878
 2  Stephen J. Liberatore, Esq.  SB# 129772
    One Sansome Street
 3  Suite 1400
    San Francisco, California 94104
 4  Telephone: (415) 362-2580
    Facsimile: (415) 434-0882
 5
    Attorneys for Defendants
 6  NATIONWIDE LIFE INSURANCE COMPANY and
    NATIONWIDE MUTUAL INSURANCE COMPANY
 7
                       UNITED STATES DISTRICT COURT
 8
                     NORTHERN DISTRICT OF CALIFORNIA
 9
                           SAN FRANCISCO DIVISION
10

11  SEAN MICHAEL CARTER,              ) CASE No. 3:07-CV-05588
                                      )
12             Plaintiff,             ) STIPULATION TO FURTHER EXTEND
                                      ) TIME FOR DEFENDANT NATIONWIDE
13       v.                           ) LIFE INSURANCE COMPANY TO
                                      ) RESPOND TO COMPLAINT
14  K&K INSURANCE GROUP, INC.,        )
    d/b/a SPECIALTY BENEFITS          )
15  ADMINISTRATOR, INC.; NATIONWIDE   )
    LIFE INSURANCE COMPANY;           )
16  NATIONWIDE MUTUAL INSURANCE       )
    COMPANY; AON CORPORATION, and     )
17  DOES 1-100,                       )
                                      )
18             Defendants.            )
                                      )
19  _____ )

20                              RECITALS

21       Plaintiff Sean Michael Carter ("Plaintiff") filed his complaint in state court on or about

22  June 26, 2007. On or about November 2, 2007, Defendant Nationwide Life Insurance Company

23  ("Nationwide Life") and Defendant Nationwide Mutual Insurance Company ("Nationwide

24  Mutual") jointly removed the case to this Court. At the request of counsel for Nationwide Life,

25  counsel for Plaintiff has agreed to further extend the time for Nationwide Life to respond to the

26  Complaint.

27  ///

28  ///
```

4839-5781-1202.1                           -1-
STIPULATION TO FURTHER EXTEND TIME
3:07-CV-05588

## STIPULATION

It is hereby stipulated by Plaintiff and Nationwide Life, by and through their counsel of record, and pursuant to Local Rule 6-1(a):

1. Nationwide Life's responsive pleading shall be filed not later than Friday, December 21, 2007; and

2. All other current deadlines shall remain unchanged.

IT IS SO STIPULATED.

Dated: December 17, 2007

GOLDSTEIN GELLMAN MELBOSTAD GIBSON & HARRIS, LLP

/S/
By_____
Lee S. Harris
Attorneys for Plaintiff
SEAN MICHAEL CARTER

Dated: December 17, 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP

/S/
By_____
Stephen J. Liberatore
Attorneys for Defendants
NATIONWIDE LIFE INSURANCE COMPANY and
NATIONWIDE MUTUAL INSURANCE COMPANY

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4839-5781-1202.1      -2-
STIPULATION TO FURTHER EXTEND TIME
3:07-CV-05588