**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq. SB# 133878
Stephen J. Liberatore, Esq. SB# 129772
One Sansome Street
Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants
NATIONWIDE LIFE INSURANCE COMPANY and
NATIONWIDE MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAN MICHAEL CARTER,<br><br>Plaintiff,<br><br>v.<br><br>K&K INSURANCE GROUP, INC., d/b/a SPECIALTY BENEFITS ADMINISTRATOR, INC.; NATIONWIDE LIFE INSURANCE COMPANY; NATIONWIDE MUTUAL INSURANCE COMPANY; AON CORPORATION, and DOES 1-100,<br><br>Defendants. | CASE No. 3:07-CV-05588<br><br>**STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANT NATIONWIDE LIFE INSURANCE COMPANY TO RESPOND TO COMPLAINT** |

## RECITALS

Plaintiff Sean Michael Carter ("Plaintiff") filed his complaint in state court on or about June 26, 2007. On or about November 2, 2007, Defendant Nationwide Life Insurance Company ("Nationwide Life") and Defendant Nationwide Mutual Insurance Company ("Nationwide Mutual") jointly removed the case to this Court. At the request of counsel for Nationwide Life, counsel for Plaintiff has agreed to further extend the time for Nationwide Life to respond to the Complaint.

///

///

---

4839-5781-1202.1
STIPULATION TO FURTHER EXTEND TIME
3:07-CV-05588

-1-

## STIPULATION

It is hereby stipulated by Plaintiff and Nationwide Life, by and through their counsel of record, and pursuant to Local Rule 6-1(a):

1. Nationwide Life's responsive pleading shall be filed not later than Friday, December 21, 2007; and

2. All other current deadlines shall remain unchanged.

IT IS SO STIPULATED.

Dated: December 17, 2007

GOLDSTEIN GELLMAN MELBOSTAD GIBSON & HARRIS, LLP

By /S/
_____
Lee S. Harris
Attorneys for Plaintiff
SEAN MICHAEL CARTER

Dated: December 17, 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /S/
_____
Stephen J. Liberatore
Attorneys for Defendants
NATIONWIDE LIFE INSURANCE COMPANY and
NATIONWIDE MUTUAL INSURANCE COMPANY