1  **LEWIS BRISBOIS BISGAARD & SMITH** LLP
   Julian J. Pardini, Esq.  SB# 133878
2  Stephen J. Liberatore, Esq.  SB# 129772
   One Sansome Street
3  Suite 1400
   San Francisco, California 94104
4  Telephone: (415) 362-2580
   Facsimile: (415) 434-0882
5
   Attorneys for Defendants
6  NATIONWIDE LIFE INSURANCE COMPANY and
   NATIONWIDE MUTUAL INSURANCE COMPANY
7
                UNITED STATES DISTRICT COURT
8
              NORTHERN DISTRICT OF CALIFORNIA
9
                 SAN FRANCISCO DIVISION
10

11 SEAN MICHAEL CARTER,              ) CASE No. 3:07-CV-05588
                                     )
12            Plaintiff,             ) **STIPULATION Re: DISMISSAL OF**
                                     ) **DEFENDANT NATIONWIDE LIFE**
13     v.                            ) **INSURANCE COMPANY**
                                     )
14 K&K INSURANCE GROUP, INC.,        )
   d/b/a SPECIALTY BENEFITS          )
15 ADMINISTRATOR, INC.; NATIONWIDE   )
   LIFE INSURANCE COMPANY;           )
16 NATIONWIDE MUTUAL INSURANCE       )
   COMPANY; AON CORPORATION, and     )
17 DOES 1-100,                       )
                                     )
18            Defendants.            )
                                     )
19 _____)

20                    **STIPULATION**

21       Plaintiff Sean Michael Carter ("Plaintiff") and Defendants Nationwide Life Insurance

22 Company ("Nationwide Life") and Nationwide Mutual Insurance Company ("Nationwide

23 Mutual") (collectively "Defendants"), by and through their respective attorneys, stipulate and agree

24 as follows:

25       1.      Inasmuch as the insurance policy at issue in the above-captioned litigation was

26 issued to Plaintiff by Nationwide Mutual, and therefore Nationwide Mutual is the only proper

27 Defendant, Plaintiffs will dismiss Nationwide Life with prejudice.

28       2.      Defendants agree that if Nationwide Life had any involvement in the issuance of

*(side margin)* LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1    any insurance policy or in the handling of any insurance claim at issue in this litigation, then

2    Nationwide Life's files with respect thereto will be produced either in initial disclosures pursuant

3    to Federal Rules of Civil Procedure, Rule 26, or in response to discovery requests; and that

4    appropriate Nationwide Life representatives will be made available for deposition.  Defendants

5    agree that they will not object to such deposition(s) or production of documents on the ground that

6    Nationwide Life is not a proper party to this litigation.

7         3.     Defendants agree that any discovery directed to, or that should be directed to,

8    Nationwide Life will be construed to be discovery directed to Nationwide Mutual, and Nationwide

9    Mutual will respond to such discovery, raising all appropriate objections thereto, except that

10   Nationwide Mutual will not object or refuse to respond on the ground that such discovery was or

11   should have been directed to Nationwide Life.

12        4.     Defendants agree that any liability of Nationwide Life for Plaintiff's damages, if

13   any, determined in the above-captioned litigation, will be construed to be the liability of

14   Nationwide Mutual, and Nationwide Mutual will not object to the entry of judgment against it on

15   the ground that such judgment should be entered against Nationwide Life; further Nationwide

16   Mutual agrees to satisfy any such judgment.

17        5.     Defendants agree further that should Nationwide Mutual be unable to satisfy any

18   judgment entered against it pursuant to this stipulation, then Nationwide Life will satisfy the

19   judgment even though it has been dismissed and is no longer a party to this litigation.

20        6.     Plaintiff and Defendants agree that this Stipulation may be executed in identical

21   counterparts, which taken together shall constitute the complete Stipulation, and that a signature

22   provided by facsimile transmission shall be of the same force and effect as the original of such

23   signature when submitted as part of the complete Stipulation.

24

25        IT IS SO STIPULATED.

26   / / /

27   / / /

28   / / /

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1    Dated: December <u>21</u>, 2007            GOLDSTEIN GELLMAN MELBOSTAD GIBSON
                                                & HARRIS, LLP
2

3                                                       /S/
                                                By_____
4                                                       Lee S. Harris
                                                Attorneys for Plaintiff
5                                               SEAN MICHAEL CARTER

6    Dated: December <u>21</u>, 2007            LEWIS BRISBOIS BISGAARD & SMITH LLP

7

8                                                       /S/
                                                By_____
9                                                       Stephen J. Liberatore
                                                Attorneys for Defendants
10                                              NATIONWIDE LIFE INSURANCE COMPANY and
                                                NATIONWIDE MUTUAL INSURANCE COMPANY

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4820-4147-2770.1                           -3-
STIPULATION RE DISMISSAL OF NATIONWIDE LIFE
3:07-CV-05588