| | |
|---|---|
| 1 | Bingham McCutchen LLP |
|   | ROBERT A. LEWIS (SBN 83630) |
| 2 | GEOFFREY T. HOLTZ (SBN 191370) |
|   | ELIZABETH KENNEDY (SBN 246039) |
| 3 | Three Embarcadero Center |
|   | San Francisco, CA  94111-4067 |
| 4 | Telephone:  415.393.2000 |
|   | Facsimile:  415.393.2286 |
| 5 | Email:  g.holtz@bingham.com |
| 6 | Attorneys for Defendant |
|   | K&K Insurance Group, Inc. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SEAN MICHAEL CARTER, | | Case No. 3:07-CV-5588-CRB |
| Plaintiff, | | STIPULATION RE K&K INSURANCE GROUP INC.'S AGENCY STATUS |
| v. | | |
| K&K INSURANCE GROUP, INC., d/b/a SPECIALTY BENEFITS ADMINISTRATOR, INC.; NATIONWIDE LIFE INSURANCE COMPANY; NATIONWIDE MUTUAL INSURANCE COMPANY; AON CORPORATION and DOES 1 to 100, | | |
| Defendant. | | |

Defendant, K&K Insurance Group, Inc. ("K&K"), through its counsel, stipulates as follows:

1. Defendant K&K did not make any coverage decision with respect to the insurance claim at issue in this litigation and had no authority under its agency agreement with Nationwide to deny a claim on the ground that it was not covered by the underlying policy issued by the carrier.

2. The insurance claim at issue in this proceeding was beyond K&K's express claims adjusting authority.

3:07-CV-5588-CRB

STIPULATION RE K&K INSURANCE GROUP, INC.'S AGENCY STATUS

1

2  IT IS HEREBY STIPULATED.

3

4

5  DATED: January 3, 2008            BINGHAM MCCUTCHEN LLP

6

7              By_____/s/_____
                       Elizabeth Kennedy
                       Attorneys for Defendant,
8                      K&K Insurance Group, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE K&K INSURANCE GROUP, INC.'S AGENCY STATUS