1  Lee S. Harris (SBN 76699)
   Michael W. Flynn (SBN 247501)
2  GOLDSTEIN, GELLMAN, MELBOSTAD,
   GIBSON & HARRIS, LLP
3  1388 Sutter Street, Suite 1000
   San Francisco, CA  94109-5494
4  Tel.: (415) 673-5600
   Fax: (415) 673-5606
5
   Attorneys for Plaintiff
6  Sean Michael Carter

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  SEAN MICHAEL CARTER,                    Case No. **3:07-CV-05588-CRB**

12                    Plaintiff,
                                            NOTICE OF VOLUNTARY DISMISSAL
13        v.                                [FRCP 41(A)(1)]

14  K&K INSURANCE GROUP, INC. D/B/A
    SPECIALTY BENEFITS ADMINISTRATOR,
15  INC.; NATIONWIDE LIFE INSURANCE
    COMPANY; NATIONWIDE MUTUAL
16  INSURANCE COMPANY; AON
    CORPORATION and DOES 1-100,
17
                      Defendants.
18

19  Please take notice that, pursuant to FRCP 41(a)(1), Defendant K&K Insurance, Inc. is hereby

20  voluntarily dismissed from the case.

21

22        Dated:  January 3, 2008.

23                                    **GOLDSTEIN, GELLMAN, MELBOSTAD,**
                                      **GIBSON & HARRIS, LLP**
24

25                                    _____/s/_____
26                                    Michael W. Flynn
                                      Attorneys for Plaintiff
27                                    **Sean Michael Carter**

28

                                      1.