Lee S. Harris (SBN 76699)
Michael W. Flynn (SBN 247501)
GOLDSTEIN, GELLMAN, MELBOSTAD,
GIBSON & HARRIS, LLP
1388 Sutter Street, Suite 1000
San Francisco, CA  94109-5494
Tel.:  (415) 673-5600
Fax:  (415) 673-5606

Attorneys for Plaintiff
Sean Michael Carter

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MICHAEL CARTER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>K&K INSURANCE GROUP, INC. D/B/A SPECIALTY BENEFITS ADMINISTRATOR, INC.; NATIONWIDE LIFE INSURANCE COMPANY; NATIONWIDE MUTUAL INSURANCE COMPANY; AON CORPORATION and DOES 1-100,<br><br>　　　　　　Defendants. | Case No. **3:07-CV-05588-CRB**<br><br>NOTICE OF VOLUNTARY DISMISSAL [FRCP 41(A)(1)] |

Please take notice that, pursuant to FRCP 41(a)(1), Defendant Aon Corporation is hereby voluntarily dismissed from the case.

　　　　Dated:  January 7, 2008.

　　　　　　　　　　　　　　　　　　　　**GOLDSTEIN, GELLMAN, MELBOSTAD,**
　　　　　　　　　　　　　　　　　　　　**GIBSON & HARRIS, LLP**


　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　Michael W. Flynn
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　**Sean Michael Carter**

1.

37542B.doc:6611-00                                                                                                                Dismissal of K&K