1  Lee S. Harris (SBN 76699)
   Michael W. Flynn (SBN 247501)
2  GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP
   1388 Sutter Street, Suite 1000
3  San Francisco, CA  94109-5494
   Telephone:     (415) 673-5600
4  Facsimile:      (415) 673-5606

5  Attorney for Plaintiff
   SEAN MICHAEL CARTER

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA- SAN FRANCISCO

| | |
|---|---|
| SEAN MICHAEL CARTER<br><br>　　　　　Plaintiff,<br>　　v.<br><br>K&K INSURANCE GROUP, INC., dba SPECIALTY BENEFITS ADMINISTRATOR, INC.; NATIONWIDE LIFE INSURANCE COMPANY; NATIONWIDE MUTUAL INSURANCE COMPANY; AON CORPORATION; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. C 07 5588 CRB<br><br>**NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

　　　Michael W. Flynn is permitted to practice law in the Northern District of California and hereby appears as associate counsel for Plaintiff SEAN MICHAEL CARTER.


Dated: January 7, 2008         **GOLDSTEIN, GELLMAN, MELBOSTAD,**
                               **GIBSON & HARRIS LLP**


                               By: _____/s/_____
                                   Michael W. Flynn
                                   Lee S. Harris
                                   Attorneys for Plaintiff
                                   SEAN MICHAEL CARTER

1.

37551B.DOC  6611-00                                                Case No. 07-5588

Notice of Appearance