**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq.  SB# 133878
Stephen J. Liberatore, Esq.  SB# 129772
One Sansome Street
Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants
NATIONWIDE LIFE INSURANCE COMPANY and
NATIONWIDE MUTUAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAN MICHAEL CARTER,<br><br>                    Plaintiff,<br><br>           v.<br><br>K&K INSURANCE GROUP, INC.,<br>d/b/a SPECIALTY BENEFITS<br>ADMINISTRATOR, INC.; NATIONWIDE<br>LIFE INSURANCE COMPANY;<br>NATIONWIDE MUTUAL INSURANCE<br>COMPANY; AON CORPORATION, and<br>DOES 1-100,<br><br>                    Defendants. | CASE No. 3:07-CV-05588<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NATIONWIDE LIFE INSURANCE COMPANY** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiff Sean Michael Carter hereby voluntarily dismisses Defendant Nationwide Life Insurance Company.

Dated: January 8, 2008

GOLDSTEIN GELLMAN MELBOSTAD GIBSON & HARRIS, LLP

/S/
By_____
Lee S. Harris
Attorneys for Plaintiff
SEAN MICHAEL CARTER