Lee S. Harris (SBN 76699)
Michael W. Flynn (SBN 247501)
GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP
1388 Sutter Street, Suite 1000
San Francisco, CA 94109-5494
Telephone: (415) 673-5600
Facsimile: (415) 673-5606

Attorneys for Plaintiff
SEAN MICHAEL CARTER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MICHAEL CARTER,<br><br>    Plaintiff,<br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. C 07 5588 CRB<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: January 9, 2008

GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS LLP

By: _____
Lee S. Harris
Michael W. Flynn
Attorney for Plaintiff
SEAN MICHAEL CARTER

1.

## PROOF OF SERVICE

I Maureen E. Hagan declare:

I am employed in the City and County of San Francisco. I am over the age of 18 years and not a party to the within action. My business address is: 1388 Sutter Suite 1000, SF, CA 94109

**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

were served by personally placing true and correct copies thereof in the United States Mail at San Francisco, California enclosed in sealed envelopes with postage thereon fully prepaid to the addresses listed below:

Stephen J. Liberatore, Esq.
LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed January 18, 2008 at San Francisco, California.

*[signature]*
MAUREEN E. HAGAN