**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq.  SB# 133878
Stephen J. Liberatore, Esq.  SB# 129772
One Sansome Street
Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAN MICHAEL CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>K&K INSURANCE GROUP, INC.,<br>d/b/a SPECIALTY BENEFITS<br>ADMINISTRATOR, INC.; NATIONWIDE<br>LIFE INSURANCE COMPANY;<br>NATIONWIDE MUTUAL INSURANCE<br>COMPANY; AON CORPORATION, and<br>DOES 1-100,<br><br>    Defendants. | CASE No. 3:07-CV-05588<br><br>**DEFENDANT'S DESIGNATION OF COUNSEL** |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

    PLEASE TAKE NOTICE that for purposes of this Court's rule requiring the appearance of the trial counsel at the Scheduling Conference and other matters in this action, Julian J. Pardini will be the lead counsel and will make appearances pursuant to this Court's local rules.

Dated: January 22, 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Julian J. Pardini
Stephen J. Liberatore
Attorneys for Defendant NATIONWIDE MUTUAL INSURANCE COMPANY