```
 1  LEWIS BRISBOIS BISGAARD & SMITH LLP
    Julian J. Pardini, Esq. SB# 133878
 2  Stephen J. Liberatore, Esq. SB# 129772
    One Sansome Street
 3  Suite 1400
    San Francisco, California 94104
 4  Telephone: (415) 362-2580
    Facsimile: (415) 434-0882
 5
    Attorneys for Defendants
 6  NATIONWIDE LIFE INSURANCE COMPANY and
    NATIONWIDE MUTUAL INSURANCE COMPANY
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAN MICHAEL CARTER, | CASE No. 3:07-CV-05588 |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS** |
| v. | |
| K&K INSURANCE GROUP, INC., d/b/a SPECIALTY BENEFITS ADMINISTRATOR, INC.; NATIONWIDE LIFE INSURANCE COMPANY; NATIONWIDE MUTUAL INSURANCE COMPANY; AON CORPORATION, and DOES 1-100, | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants Nationwide Life Insurance Company and Nationwide Mutual Insurance Company hereby substitute the law firm of Lewis Brisbois Bisgaard & Smith LLP, One Sansome Street, Suite 1400, San Francisco, California 94104, telephone number (415) 362-2580, facsimile number (415) 434-0882, as attorney of record in the place and stead of the law firm of Long & Levit LLP.

/ / /

/ / /

/ / /

4822-1980-2370.1                                       -1-
SUBSTITUTION OF ATTORNEYS
3:07-CV-05588

I consent to this substitution.

Dated: January 24, 2008

NATIONWIDE LIFE INSURANCE COMPANY and
NATIONWIDE MUTUAL INSURANCE COMPANY

By _____
    Melissa Gutierrez
President
Nationwide Specialty Health

I consent to this substitution.

Dated: January __, 2008

LONG & LEVIT LLP

By _____
    Karen L. Uno
    David P. Borovsky

I consent to this substitution.

Dated: January 28, 2008

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
    Julian J. Pardini
    Stephen J. Liberatore

| | |
|---|---|
| 1 | I consent to this substitution. |
| 2 | Dated: January __, 2008 |

NATIONWIDE LIFE INSURANCE COMPANY and
NATIONWIDE MUTUAL INSURANCE COMPANY

By_____
    Catherine C. Geyer, Esq.
Lead Counsel
Office of Chief Legal and Governance Officer
Nationwide Insurance

    I consent to this substitution.

Dated: January 16, 2008

LONG & LEVIT LLP

By_____
    Karen L. Uno
    David P. Borovsky

    I consent to this substitution.

Dated: January __, 2008

LEWIS BRISBOIS BISGAARD & SMITH LLP

By_____
    Julian J. Pardini
    Stephen J. Liberatore