**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq.  SB# 133878
Stephen J. Liberatore, Esq.  SB# 129772
One Sansome Street
Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants
NATIONWIDE LIFE INSURANCE COMPANY and
NATIONWIDE MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SEAN MICHAEL CARTER, | ) | CASE No. 3:07-CV-05588 |
| Plaintiff, | ) | **SUBSTITUTION OF ATTORNEYS** |
| v. | ) | |
| K&K INSURANCE GROUP, INC., d/b/a SPECIALTY BENEFITS ADMINISTRATOR, INC.; NATIONWIDE LIFE INSURANCE COMPANY; NATIONWIDE MUTUAL INSURANCE COMPANY; AON CORPORATION, and DOES 1-100, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants Nationwide Life Insurance Company and

Nationwide Mutual Insurance Company hereby substitute the law firm of Lewis Brisbois Bisgaard

& Smith LLP, One Sansome Street, Suite 1400, San Francisco, California 94104, telephone

number (415) 362-2580, facsimile number (415) 434-0882, as attorney of record in the place and

stead of the law firm of Long & Levit LLP.

/ / /

/ / /

/ / /

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1         I consent to this substitution.

2    Dated: January 24, 2008                    NATIONWIDE LIFE INSURANCE COMPANY and
                                                NATIONWIDE MUTUAL INSURANCE COMPANY
3

4                                               By _____
5                                                    Melissa Gutierrez
                                                President
6                                               Nationwide Specialty Health

7

8         I consent to this substitution.

9    Dated: January __, 2008                    LONG & LEVIT LLP

10

11                                              By_____
                                                   Karen L. Uno
12                                                 David P. Borovsky

13

14        I consent to this substitution.

15   Dated: January 28, 2008                    LEWIS BRISBOIS BISGAARD & SMITH LLP

16

17                                              By_____
                                                   Julian J. Pardini
18                                                 Stephen J. Liberatore

19

20

21

22       Signed:  January 29, 2008

23

24                                              IT IS SO ORDERED

25

26                                              Judge Charles R. Breyer

27

28

4822-1980-2370.1                                -2-
SUBSTITUTION OF ATTORNEYS
3:07-CV-05588

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA