Lee S. Harris (SBN 76699)
Michael W. Flynn (SBN 247501)
GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP
1388 Sutter Street, Suite 1000
San Francisco, CA 94109-5494
Telephone: (415) 673-5600
Facsimile: (415) 673-5606

Attorney for Plaintiff
SEAN MICHAEL CARTER

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MICHAEL CARTER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>　　　　　Defendants. | Case No. C 07 5588 CRB<br><br>**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)** |

Plaintiff SEAN MICHAEL CARTER hereby submits her initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

**A. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

Sean Michael Carter – contact through counsel.

Attorneys and employees of Nationwide Mutual Insurance Company

**B. DOCUMENTS TO BE USED TO SUPPORT CLAIM**

Along with the transmittal of these Initial Disclosures, plaintiff is providing counsel with the Nationwide Mutual Insurance Company Policy "Certificate" Number FWC0000000885800 and correspondence by and between K&K Insurance and Sean Michael Carter.

Additional documents that plaintiff is in possession of and are available for copying are as follows:

1. Medical Records for Plaintiff copied on November 15, 2006 from John Muir Medical Center (648 pages) bearing control number 19458-5-1.

2. Medical Records for Plaintiff copied on October 30, 2006 from Oak Park

1.

Convalescent Hospital. Documents from January 10, 2006 through October 18, 2006 (1,013 pages, 2 volumes) bearing control number 19458-7-1.

3. Medical Records for Plaintiff copied on June 8, 2006 from John Muir Hospital (2,489 pages, 5 volumes) bearing control number 19458-1-1.

4. Medical Records for Plaintiff copied on May 15, 2006 from Santa Clara Valley Medical Center (892 pages, 2 volumes) bearing control number 19458-2-1.

5. Medical Records for Plaintiff copied on May 24, 2006 (62 pages) bearing control number 19458-3-1.

6. Medical Records for Plaintiff copied on November 9, 2006 from Oak Park Convalescent Hospital (2 pages) bearing control number 19458-8-1.

7. Medical Records for Plaintiff copied on December 6, 2006 from Health Management Services (12 pages) bearing control number 19458-9-1.

8. Medical Records for Plaintiff copied on September 12, 2007 from American Medical Response (109 pages) bearing control number 19458-10-1.

**C. COMPUTATION OF DAMAGES**

Plaintiff seeks special damages according to proof, general damages according to proof, punitive and exemplary damages in an amount appropriate to punish Defendants and set an example for others, prejudgment interest, as well as interest, attorney fees, and costs, and such other and further relief as the Court may deem just and proper, under 29 U.S.C. § 1132(g)(1).

**D. INSURANCE AGREEMENT**

A copy of the Nationwide Mutual Insurance Company Policy "Certificate" Number FWC0000000885800 has been included in the attached documents.

///
///
///
///
///
///

2.

1
2    Dated: January 30, 2008        **GOLDSTEIN, GELLMAN, MELBOSTAD,**
3                                   **GIBSON & HARRIS LLP**
4
                                    By:   /s/
5                                       Lee S. Harris
                                        Michael W. Flynn
6                                       Attorney for Plaintiff
                                        SEAN MICHAEL CARTER
7

3.