IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN MICHAEL CARTER,

    Plaintiff,

v.

K&K INSURANCE GROUP INC,

    Defendant.
_____/

No. C 07-05588 CRB

**Clerk's Notice**

YOU ARE NOTIFIED THAT the Court has rescheduled the initial case management conference for Friday, April 25, 2008 at 8:30 before the Honorable Charles R. Breyer. The case management statement is due on or before April 18, 2008.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: January 31, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    Barbara Espinoza
    Courtroom Deputy