LEWIS BRISBOIS BISGAARD & SMITH LLP
Julian J. Pardini, Esq. SB# 133878
Stephen J. Liberatore, Esq. SB# 129772
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
NATIONWIDE MUTUAL LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAN MICHAEL CARTER,<br><br>Plaintiff,<br><br>v.<br><br>K&K INSURANCE GROUP, INC., d/b/a SPECIALTY BENEFITS ADMINISTRATOR, INC.; NATIONWIDE LIFE INSURANCE COMPANY; NATIONWIDE MUTUAL INSURANCE COMPANY; AON CORPORATION, and DOES 1-100,<br><br>Defendants. | CASE NO. 3:07-CV-05588 CRB<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR COMPLETION OF ADR (MEDIATION) AND FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE;**<br><br>**(PROPOSED) ORDER.** |

## RECITALS

1. Plaintiff Sean Michael Carter ("Plaintiff") and Defendant Nationwide Mutual Insurance Company ("Nationwide"), collectively referred to herein as "the Parties," stipulated to submit this matter to private mediation, which by order of the Court was to have been completed no later than March 24, 2008;

2. The Parties were scheduled to engage in mediation with the Honorable Eugene F. Lynch, Judge (ret.), on March 12, 2008. However, the mediation session had to be postpone when Judge Lynch became unavailable due to health reasons;

///

3. In light of Plaintiff's health and certain medical care he is receiving, the unavailability of Nationwide's counsel due to his trial calendar, and Judge Lynch's availability, the Parties have rescheduled the mediation for June 30, 2008.

WHEREFORE, the Parties do stipulate as follows:

### STIPULATION

It is hereby stipulated by Plaintiff and Nationwide, by and through their counsel of record, and pursuant to Local Rule 6-2(a):

1. The Parties will proceed to mediation with Judge Lynch on June 30, 2008;

2. By presentation of this Stipulation to the Court, the Parties request that the Court extend the deadline for completion of mediation (or other method of ADR) to July 15, 2008;

3. By presentation of this Stipulation to the Court, the Parties request that the Court continue the initial case management conference, presently scheduled for April 25, 2008, to a date on or after July 16, 2008.

IT IS SO STIPULATED.

Dated: April __, 2008         GOLDSTEIN GELLMAN MELBOSTAD GIBSON & HARRIS, LLP

By _____/S/_____
Lee S. Harris
Michael W. Flynn
Attorneys for Plaintiff
SEAN MICHAEL CARTER

Dated: April __, 2008         LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____/S/_____
Julian J. Pardini
**Stephen J. Liberatore**
Attorneys for Defendants
NATIONWIDE MUTUAL INSURANCE COMPANY

**ORDER**

Pursuant to the Stipulation of the Parties set forth above:

The Court hereby orders and decrees as follows:

1. The period in which the Parties have to submit this matter to mediation (or other selected method of ADR) shall be, and hereby is, extended to July 15, 2008;

2. The initial case management conference shall be, and hereby is, continued to July 25, 2008, at 8:30 a.m., in Courtroom 8 of the above-entitled Court, located at 450 Golden Gate Avenue, 19th Floor, San Francisco, CA 94102; and

3. The Parties' case management conference statements shall be due on July 18, 2008.

IT IS SO ORDERED.

Dated: April 07, 2008



Charles R. Breyer, Judge
United States District Court
Northern District of California