United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN MICHAEL CARTER,   No. C 07-05588 CRB

    Plaintiff,   **Clerk's Notice**

  v.

K&K INSURANCE GROUP INC,

    Defendant.
_____/

YOU ARE NOTIFIED THAT the Court has rescheduled the initial case management conference for Monday, July 21, 2008 at 9:00 a.m. before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: July 07, 2008   FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza
Courtroom Deputy