```
1  LEWIS BRISBOIS BISGAARD & SMITH LLP
   Julian J. Pardini, Esq.  SB# 133878
2  Stephen J. Liberatore, Esq.  SB# 129772
   One Sansome Street, Suite 1400
3  San Francisco, California 94104
   Telephone: (415) 362-2580
4  Facsimile: (415) 434-0882

5  Attorneys for Defendant
   NATIONWIDE MUTUAL INSURANCE COMPANY
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  SEAN MICHAEL CARTER,            )  CASE NO. 3:07-CV-05588 CRB
                                    )
12        Plaintiff,                )  CERTIFICATION OF INTERESTED
                                    )  ENTITIES OR PERSONS
13     v.                           )  [N.D. Cal. Local Rule 3-16]
                                    )
14  K&K INSURANCE GROUP, INC.,      )
    d/b/a SPECIALTY BENEFITS        )
15  ADMINISTRATOR, INC.; NATIONWIDE )
    LIFE INSURANCE COMPANY;         )
16  NATIONWIDE MUTUAL INSURANCE     )
    COMPANY; AON CORPORATION, and   )
17  DOES 1-100,                     )
                                    )
18        Defendants.               )
                                    )
19
```

20     Defendant Nationwide Mutual Insurance Company ("AMCO") submits the following

21  Certification of Interested Entities or Persons pursuant to Northern District of California Local

22  Rule 3-16:

23     The identities of persons, associations, firms, partnerships, corporations and other entities

24  known by the parties to have (1) a financial interest in the subject matter at issue or in a party to

25  this action, or (2) any other kind of interest that could be substantially affected by the outcome of

26  this action, are:

27     a.   Plaintiff Sean Michael Carter;

28     b.   Plaintiff's counsel of record, the law firm of Goldstein, Gellman, Melbostad,

      Gibson & Harris, LLP, and attorneys and employees associated therewith;

  c. Plaintiff's former counsel of record, the law firm of Jones, Clifford, Johnson & Johnson, LLP, and attorneys and employees associated therewith;

  c. Defendant Nationwide, and its affiliated entities and employees;

  d. Nationwide's counsel of record in this action, the law firm of Lewis Brisbois Bisgaard & Smith LLP, and attorneys associated therewith; and

  e. Nationwide's former counsel of record in this action, the law firm of Long & Levit LLP, and attorneys and employees associated therewith.

Dated: July 10, 2008      LEWIS BRISBOIS BISGAARD & SMITH LLP

            By  /s/ Stephen J. Liberatore
              Julian J. Pardini
              Stephen J. Liberatore
            Attorneys for Defendants
            NATIONWIDE MUTUAL INSURANCE COMPANY

**FEDERAL COURT PROOF OF SERVICE**
*Sean Michael Carter v. K&K Insurance Group, Inc., et al.* - File No. 26198-122

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On July 10, 2008, I served the following document(s):

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
**[N.D. Cal. Local rule 3-16]**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Lee S. Harris<br>Michael W. Flynn<br>Goldstein, Gellman, Melbostad, Gibson & Harris, LLP<br>1388 Sutter Street, Suite 1000<br>San Francisco, CA  94109-5494<br>Telephone:    (415) 673-5600<br>Facsimile:    (415) 673-5606 | **Counsel for Plaintiff**<br>**Sean Michael Carter** |

The documents were served by the following means:

[ ]  (BY FAX TRANSMISSION)  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used.  A copy of the record of the fax transmission containing the time, date, and sending fax machine telephone number, which I printed out, is attached.

[ ]  (BY U.S. MAIL)  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[ ]  (BY OVERNIGHT DELIVERY) Based on an agreement of the parties to accept service by overnight delivery, I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above.  I placed the envelope or package for collection and delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[ ]  (BY PERSONAL SERVICE)  I personally delivered the documents to the persons at the addresses listed above.  Delivery was made [ ] to the party or attorney listed above, or [ ] at the party or attorney's office by leaving the documents in an envelope or package clearly labeled to identify the party or attorney being served with a receptionist or individual apparently in charge of the office, or [ ] at the time of delivery, there appeared to be no one in charge, and the envelope of package clearly labeled to identify the party or attorney being served was left in a conspicuous place.

[ ]  (BY E-MAIL OR ELECTRONIC TRANSMISSION)  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above.  I did not receive,

4816-3804-1858.1

within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X]  (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 10, 2008, at San Francisco, California.



Maureen Liu

4816-3804-1858.1