**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **July 31, 2008**

**C-07-05588** CRB

### SEAN MICHAEL CARTER  v.  K&K INSURANCE GROUP INC.

| Attorneys: | Lee Harris | Julian Pardini |
|---|---|---|
| | Michael Flynn | |

Deputy Clerk: **BARBARA ESPINOZA**              Reporter: **Not Reported**

**PROCEEDINGS:**                                                                           **RULING:**

1. Initial Case Management Conference   -   Held

2. 

3. 

**ORDERED AFTER HEARING:**

If matter does not settle a supplemental case management statement to be filed prior to next conference date.

(  ) ORDER TO BE PREPARED BY:   Plntf _____   Deft _____   Court _____

(  ) Referred to Magistrate Judge for: _____

(X) CASE CONTINUED TO September 26, 2008 @ 8:30 a.m.   for Further Case Management Conference

Discovery Cut-Off _____                    Expert Discovery Cut-Off _____
Plntf to Name Experts by _____             Deft to Name Experts by _____
P/T Conference Date _____      Trial Date _____      Set for _____ days
                    Type of Trial:  (  )Jury    (  )Court

Notes: _____