1  Lee S. Harris, SBN 76699
   Michael W. Flynn, SBN 247501
2  **GOLDSTEIN, GELLMAN, MELBOSTAD,**
   **GIBSON & HARRIS, LLP**
3  1388 Sutter Street, Suite 1000
   San Francisco, CA  94109-5494
4  415/673-5600  FAX:415/673-5606
   Attorneys for Plaintiffs
5  **SEAN MICHAEL CARTER**

6

7  Julian J. Pardini, Esq., SBN 133878)
   Stephen J. Liberatore, Esq. (SBN 129772)
   **LEWIS, BRISBOIS, BIDGAARD & SMITH, LLP**
8  One Sansome Street, Suite 1400
   San Francisco, CA 94104
9  415/362-2580  FAX 415/434-0882
   Attorneys for Defendant
10 **NATIONWIDE MUTUAL INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO

| SEAN MICHAEL CARTER, | Case No. 3:07-CV-5588 CRB |
|---|---|
| Plaintiffs, | |
| v. | **NOTICE OF SETTLEMENT OF ENTIRE ACTION** |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | **ORDER** |
| Defendants. | |

**TO THE COURT AND ALL PARTIES HEREIN:** Please take notice that this case has been settled. The settlement agreement conditions a stipulation of dismissal of this matter upon the satisfactory completion of specified terms. The parties herein will file a stipulation of dismissal once all conditions have been achieved. It is not expected to take more than 45 days for the Stipulation to be filed.

**PLAINTIFF FURTHER REQUESTS** that the Further Case Management Conference set for Friday, December 19, 2008 be removed from the Court's calendar.

1.

40096B:6611-00                                            NOTICE OF SETTLEMENT OF ENTIRE ACTION
                                                                              3:07-CV-5588 CRB

Dated: December 16, 2008
**GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP**

By: ___/s/_____
    LEE S. HARRIS
    MICHAEL W. FLYNN
    Attorneys for Plaintiff
    SEAN MICHAEL CARTER

## ORDER

IT IS HEREBY ORDERED that the parties herein will file a stipulation of dismissal within 45 days of this order and that the Further Case Management Conference for December 19, 2008 is removed from the Courts Calendar.

Dated: December 18, 2008

_____
UNITED STATES DISTRICT COURT



40096B.doc:6611-00

2.

**NOTICE OF SETTLEMENT OF ENTIRE ACTION**
**3:07-CV-5588-CRB**